SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>          Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF ALBERT ALEMAN**<br><br>Date:     TBD<br>Time:     TBD<br>Judge:   Hon. Jesus G. Bernal<br>Courtroom: 7D<br><br>Compl. filed:  08/05/2020 |

# DECLARATION OF ALBERT ALEMAN

I, Albert Aleman, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient at Patton State Hospital (Patton) in San Bernardino County, California. I have been a patient at Patton for more than three years.

**Patton is a crowded facility where patients share common spaces.**

3. I have learned from watching the TV in my unit's common room at Patton that COVID-19 is dangerous for people who live in crowded places. Based on my experience living at Patton for the past three years, Patton is a crowded facility where patients share many common spaces.

4. During my time as a patient at Patton, I have been housed in units in two separate buildings. All of the units that I have seen at Patton house about fifty patients in very close quarters. The patients share bedrooms, bathrooms, dining rooms, and common areas.

5. I have been housed on Unit 27 at Patton since October 1, 2019. Unit 27 is connected to Unit 26.

6. Right now, I am in a four-man room, but there is one empty bed. There is about four feet between my bed and my roommate's bed. The other two beds are against the wall on the other side of the room. They are a little bit further away.

7. In addition to sharing a bedroom, we also share day halls, bathrooms, telephones, and a dining room.

8. Sometimes we run out of hand soap in the bathroom. I have noticed that housekeeping fills the hand soap every morning. If we run out of soap during the day, the dispensers usually do not get re-filled until the next morning. When that happens, we do not have any other way to wash our hands. Sometimes, but not always, staff will refill the soap dispensers for us when we ask.

9. When I first came to Patton, I was placed in Unit 74, which is in a different building than Unit 27. I was on Unit 74 for about two-and-a-half years. From what I remember, there were about fifty patients on Unit 74.

10. On Unit 74, I always had roommates. I remember that each of the bedrooms on Unit 74 were shared by three to five patients. The bedrooms on Unit 74 were generally smaller than the bedrooms I have seen on Unit 27.

11. We shared one day hall and two bathrooms in Unit 74. We ate our meals in a dining room that is similar to the dining room where I eat now. During our meals, we sat so close together that I could touch the patients sitting on either side of me.

12. When I was a patient on Unit 74, I had a job as a janitor. As part of my job, I went to all of the units in the building where Unit 74 was located on a regular basis. Based on that experience, I know that there are eight units in that building, numbered 70 to 77. All of the units are the same, with about fifty patients sharing bedrooms, bathrooms, and day halls.

13. Also, while I was on Unit 74, I was president of the ward government. This means that I was part of the Patient Council for all of Patton. I used to go to meetings with patient representatives from all of the units at Patton. At these meetings, I learned from patients from other units that all of the units in the different buildings at Patton are pretty much the same, and all patients share close quarters just like I have experienced.

**I am afraid because I have experienced quarantine twice since July 2020 because of exposure to COVID-19.**

14. I have learned from the news that people who are obese, like me, have a high risk of getting severely ill from COVID-19. Knowing this is stressful for me, in light of our unit's exposure to COVID-19 and the fact that we have been placed on quarantine twice already.

15. For about a month in July and August of this year, Units 26 and 27 were put on quarantine because we were exposed to COVID-19.

16. That quarantine was very stressful because we could not leave the unit, and everyone was worried about catching the virus.

17. During the quarantine, I did not see staff cleaning any more than they normally did. The unit actually felt dirtier because we had to eat all of our meals in the unit instead of in the dining hall.

18. At the end of the first week of October, we were put on quarantine again. We realized that we were on quarantine because instead of going to the dining hall for our meals, our meals were brought to the unit one night.

19. No Patton staff members have told me why we are on quarantine or how long we will be on quarantine. The only information I have is based on what other patients have overheard from nursing staff. I find it very frustrating that the staff is not providing me with any information about what is happening.

20. On October 19, I got transported to an oral surgeon's office outside of Patton to have my wisdom teeth removed. This was while Unit 27 was still on quarantine. Patton tested me for COVID-19 twice before transporting me, and both tests were negative. I was confused about why they took me to this outside appointment because I thought being on quarantine meant that we couldn't leave the unit. When I got back, Patton staff housed me in my regular room with my roommates.

21. We are still on quarantine. This means we have been confined to our unit for over a month now. Earlier this month, Patton locked the doors to the common day hall shared between units 26 and 27 to try to limit socializing between the units. This means that we are cooped up in an even smaller space, which is even more stressful than usual.

22. No one has told us how long they expect us to be on quarantine. It seems like we are being kept in the dark and that doesn't make me feel good.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the __19__ day of November, 2020 in Patton, California.

_____
Albert Aleman