SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* C.D. California admission application forthcoming

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF LUKE FREUND**<br><br>Date:   TBD<br>Time:   TBD<br>Judge:  Hon. Jesus G. Bernal<br>Courtroom:  7D<br><br>Compl. filed:  08/05/2020 |

**DECLARATION OF LUKE FREUND**

I, Luke Freund, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient on Unit 22 at Patton State Hospital (Patton) in San Bernardino County, California.

3. I have been at Patton since 2012. I am currently civilly committed as an "Offender with a Mental Health Disorder" under Penal Code section 2972. My parole for my crime ended in 2015, but my commitment has been extended every year since then.

4. I am 50 years old and live with serious medical problems. I weigh 320 pounds, which means I am obese. I have type two diabetes and have to take insulin. I also have hypertension and obstructive sleep apnea.

5. I learned from watching the news that my medical problems put me at high risk for severe illness or death if I catch COVID-19. Knowing this makes me scared to be confined here in Patton, where I am confined with so many other people.

6. On Unit 22, we have been exposed to COVID-19 at least twice since the summer. When we are exposed to COVID-19, Patton puts the entire unit on quarantine, which means all fifty patients here are confined to the unit for at least three weeks.

7. Our most recent quarantine was in November. I heard from a staff person that another staff member who worked on our unit came into contact with someone who had COVID-19. It's really scary not knowing which staff are bringing COVID-19 onto our unit.

8. I feel like I have no control over my surroundings at Patton and I cannot control whether I am exposed to COVID-19 or not.

9. I am really close with my mother, who is 74 and is paraplegic. I talk to her on the phone every morning around 10:00am. She tells me that she is worried that I am in a hazardous place like Patton where so many patients have caught COVID-19. I have

not seen my mother since November 2019, when she came to visit me at Patton for my birthday and Thanksgiving. It's hard not knowing when I will be able to see her again.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 9th day of December, 2020 in Patton, California.

/s/ *Luke Freund**

Luke Freund

\* In light of COVID-19 regional stay-at-home orders and related COVID-19 correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel enter an e-signature on his behalf. *See* Declaration of Kim Pederson, filed concurrently herewith. Given the circumstances related to the COVID-19 pandemic and public health orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3), and will file the hand-signed declaration upon receipt, consistent with any further direction from the Court.