SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF CHARLES GLUCK**<br><br>Date:    TBD<br>Time:   TBD<br>Judge:  Hon. Jesus G. Bernal<br>Courtroom:  7D<br><br>Compl. filed:  08/05/2020 |

# DECLARATION OF CHARLES GLUCK

I, CHARLES GLUCK, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a patient at Patton State Hospital (Patton), located in San Bernardino County, California.

3. In 1986, I was found not guilty by reason of insanity under Penal Code section 1026 and committed to Patton. Since then, I have gone back and forth between Patton and the Conditional Release Program (CONREP), which has allowed me to receive mental health treatment in the community under supervision. In July 2016, I was re-admitted to Patton and have been here since then.

4. I am afraid that I will get really sick or die if I get COVID-19 at Patton. I am 56 years old, have type 2 diabetes, high blood pressure, asthma and heart disease, and I take medications for these conditions. I don't want to get sick because I don't know if I will recover if I do get sick with COVID-19.

**Patton is a crowded facility where patients share common spaces.**

5. On the news, I have heard that COVID-19 is a big problem in places like Patton, where a lot of people live in a small space. Because of this, I have been worried about catching COVID-19 at Patton because we live so close together.

6. I live on Unit 27 at Patton. Unit 27 has about fifty patients.

7. Right now, I live in a three-man room. One roommate's bed is about three feet away from mine, and my other roommate's bed is about six feet away from mine.

8. I share a day room, two bathrooms, and three telephones with the other fifty people on my unit.

9. We also eat our meals together. Three times a day, all of the patients on Unit 27 line up to go downstairs to the dining room. We get our food on trays and sit around small circular dining tables, five to a table. There are about ten tables for fifty patients. There is no extra space for anyone to sit alone or with fewer people. When we

line up to get our meals and when we sit at the dining tables, we are as close together as you would be on a crowded bus. While we eat, we do not wear masks. We eat for maybe half an hour, and then we go back upstairs to our unit. Another unit then comes down for their meal.

10. None of the windows in my room or on my unit open, so we do not get much access to fresh air.

11. Unit 27 is connected to Unit 26, which also houses another fifty patients.

12. The two units are separate, but we share a hallway and a common day room.

13. In the shared hallway, we pass by each other—often with less than six feet of space—when we walk to the day room or use the water fountains or line up to receive medications.

14. In the common day room, we watch sports together. The common day room is often crowded, with more than thirty or forty people in there at a time.

15. Since Units 26 and 27 are connected, I come into close contact with up to 100 patients, plus staff. The reality is that I am surrounded by people all the time.

16. My living situation at Patton right now is a lot like it is on other units. I know this because I have also been housed in Units 21, 24 and 26, which are in the same building as Unit 27. I have also been on Units 32, 35, and EB-01, which are in different buildings.

17. On all of these other units, I also shared common areas, bathrooms, and dining halls with about fifty patients at a time.

18. In my experience, I have not found any way to avoid coming into close contact with dozens of patients and staff at Patton every day.

**This summer, I spent about one month in quarantine because of exposure to COVID-19.**

19. In July, I heard that a staff member on my unit tested positive for COVID-19. Then, a patient in my unit tested positive too.

20. I saw staff usher the patient out of the unit, and I said goodbye to him as he was leaving. I believe that, up to when he tested positive, this patient was still using the same bathrooms and other common areas as the rest of us.

21. After we were exposed to COVID-19, Patton put Unit 26 and my unit on quarantine for about a month.

22. During quarantine, we could not go outside for fresh air or downstairs to eat. Instead, staff pushed meal trays for me and all other Unit 27 patients through the unit door. We then lined up, picked up the food trays, and ate in the common rooms.

23. Quarantine was a very stressful time because we were cooped up in our unit, which made tensions rise between patients. During quarantine, I was extremely afraid of catching COVID-19.

**The conditions at Patton continue to make me feel unsafe;**

**we were just put on quarantine again.**

24. I am lucky that I did not catch COVID-19 in July, but I am still afraid that I might get sick in the future.

25. I learned on the news that my age and my medical conditions, including having type 2 diabetes, high blood pressure, and heart disease, put me at risk of getting really sick if I get COVID-19.

26. Even though I have these medical conditions, no Patton staff member has talked to me about what it means to be high risk or any extra steps I need to take to protect myself. I also have not observed or experienced staff members at Patton taking any extra precautions to keep me safe, including during the quarantine.

27. Even since the summer quarantine, I have not seen staff cleaning or sanitizing my unit much more than they used to before COVID-19. I see staff wipe doorknobs and phones every now and then, but not very often.

28. I am also worried about staff floating among the units here at Patton because I have heard from my friends in other units that some have had worse COVID-19 outbreaks. I know that staff members at Patton float between units because I hear

requests made over the intercom for staff to work on different units if they want to get overtime.

29. At the end of the first week of October, Units 26 and 27 were put on quarantine again.

30. I have not heard any information directly from staff about why we were put on quarantine. We got our dinner delivered to us on the unit one night, which is a sign that we are on quarantine because we are not allowed to leave the unit. I also got tested for COVID-19 a few days after we started getting our meals on the unit.

31. Other patients have told me that they have heard staff talking about how we are on quarantine because of a staff member who tested positive for COVID-19 and floated in my unit. I don't know what to believe. There is a lot of confusion about what is going on.

**I would feel safer from COVID-19 if I was discharged from Patton and could get my mental health care outside of the hospital.**

32. Because I have medical conditions that put me at risk, I do not feel safe at Patton. I think I would be safer if I was discharged from Patton and could live in a place with fewer people.

33. Since COVID-19 started spreading in California in the spring, Patton has stopped providing most of the mental health treatment that we used to get to help us meet our discharge criteria. Because of COVID-19, Patton has cancelled all therapy groups on our unit, which I used to attend.

34. Now, instead of therapy groups, I have a one-to-one session with my psychologist once a week or every two weeks, depending on the schedule. I still take my medication, but very rarely talk to my psychiatrist.

35. If I am discharged, I am willing to continue any treatment that my treatment team recommends.

36. I have a supportive family. I have a loving mother who I talk to every day on the phone. When I have been out on CONREP before, my family provided me with

help and support. Based on phone conversations that I've had with my mom, I know she would help me the same way she has before.

### I am willing and able to serve as a class representative

37. I am willing to serve as a class representative in this case. I agreed to be a named plaintiff in this case because I want to help patients at Patton who, like me, have risk factors for COVID-19. I want to make sure that Patton screens everyone like me who has COVID-19 risk factors and determine whether we can be released or transferred to safer places. I also want to help make sure that the conditions inside of Patton are made safer for people who cannot be released or transferred.

38. I have communicated with my attorneys in this case many times. I agree to cooperate fully with them and answer their questions to the best of my ability.

39. My attorneys keep me updated about the case. When I have questions about the case, I will ask them for help to understand to the best of my ability.

40. I know of other patients who have COVID-19 risk factors. We have talked about asking to be released to safer places and wanting conditions inside Patton to be safer for patients who have to stay here.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 11/2/2 day of November, 2020 in Patton, California.

*/s/ Charles Gluck*