SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* C.D. California admission application forthcoming

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF TULIO GRAJEDA**<br><br>Date:   TBD<br>Time:   TBD<br>Judge:  Hon. Jesus G. Bernal<br>Courtroom:  7D<br><br>Compl. filed:  08/05/2020 |

# DECLARATION OF TULIO GRAJEDA

I, Tulio Grajeda, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient at Patton State Hospital (Patton) in San Bernardino County, California. I have been a patient at Patton since 2013. Before being transferred to Patton, I was a patient at Napa State Hospital for about seven years.

3. I contracted COVID-19 this summer at Patton. I am considered to be obese, which I have heard on the news is a risk factor for developing a severe case of COVID-19. Although I have recovered from the first infection of COVID-19, I am worried about developing a severe illness if I contract COVID-19 again.

**Patton is a crowded facility where patients share common spaces with minimal ventilation.**

4. On the news, I have seen that COVID-19 is hitting hardest in places like nursing homes and hospitals like Patton, where people live in close quarters and share common spaces. Knowing this makes me very anxious.

5. Ever since I was committed to the state hospitals, I have had to live in very close quarters. When I first came to Patton, I was housed for a short time in Unit EB-01, which is an admissions unit. On Unit EB-01, I shared a bedroom, bathroom, common areas, and a dining hall with many other patients.

6. After Unit EB-01, I was moved to Unit 27, where I am still housed today. Unit 27 is in a different building from EB-01, but it is also a dense and crowded environment. There are about fifty patients on Unit 27.

7. On Unit 27, all of the patients share rooms. I am in a four-man room. Based on what I have seen, it is one of the biggest rooms in the unit. Even though our room is one of the biggest rooms, my bed is only four or five feet away from my roommates' beds. I have seen that beds are closer together in other patients' bedrooms.

8. Unit 27 also has two bathrooms, which we all share. The bathrooms are often very crowded. Sometimes, there can be up to twenty people in the bathroom at a time.

9. Unit 27 is connected to Unit 26. We share a common day hall and a hallway with the patients on Unit 26. Between the two units, there are one hundred people. For this reason, it is impossible to keep any distance from people.

10. There are no windows that can be opened on our unit. I see that every window is locked and secured by metal. There is no way for us to get fresh air when we are in the unit.

**I tested positive for COVID-19 after our unit was exposed to the virus.**

11. In July, our unit was put on quarantine.

12. The staff told us that one of the staff members who worked on our unit came to work sick and tested positive for COVID-19.

13. Because we were exposed to the virus, they immediately put Units 26 and 27 on quarantine, which meant that we could not leave the unit to eat our meals or go outside. At this time, I became extremely worried and afraid for my health.

14. During this time, I mostly stayed in my room, like I usually do. However, the staff told us that we had to eat our meals in the day hall. I did not have much of an appetite because I was very anxious. We all continued to share other common areas and items, including bathrooms, telephones, and drinking fountains.

15. After we were put on quarantine, I was tested twice for COVID-19.

16. About five days after my second COVID-19 test, the nursing staff woke me up after I had gone to bed for the night. The staff who woke me up seemed alarmed. I was really confused because they did not tell me why they were waking me up. They told me that I had to get up and go to one of the single rooms on the side of the unit, which are usually used for seclusion of patients who have behavior issues. I did not know what was going on, and I felt very scared.

17. Once we were in the hallway, I remember one of the nurses telling me that I had coronavirus and had to be put in a room by myself.

18. I could not believe it. I had been mostly keeping to myself. I had some cold symptoms, but did not feel very sick.

19. The next morning, the medical doctor came to see me and confirmed that I had tested positive for COVID-19. The doctor told me that I was going to be moved to unit EB-11, where they were moving all of the patients at Patton who had COVID-19. They gave me a mask to wear and put me on the shuttle to the building where unit EB-11 is located.

**I spent sixteen days in Unit EB-11 with other Patton patients who also tested positive for COVID-19.**

20. The experience of being on Unit EB-11 was really traumatizing. I did not know if I was going to live.

21. I was on Unit EB-11 for a total of sixteen days.

22. Unit EB-11 has a really long hallway with bedrooms on each side. From what I saw, it seemed like they had elderly patients grouped together in one area of the unit.

23. At first, I was housed in a room with one other patient. There was an air purifier in the room that made so much noise. It stressed me out. The room was really small and we had to stay in there all day, except when we needed to use the bathroom. We ate our meals in the room.

24. The staff told us that we were not allowed to use the telephones while we were housed on EB-11.

25. After I was there for a few days, they turned the day hall on EB-11 into a dorm and I was moved there. From what I can remember, there were about fifteen beds in the day hall and there were about two or three steps in between each bed. We stayed there all day, and even ate our meals on our beds.

26. While I was on EB-11, the staff told me every day that my vitals were pretty normal. They did not give me any special medical treatment aside from extra vitamins.

27. I do not remember getting any COVID-19 tests while I was in Unit EB-11. I think they were just monitoring my vitals. It seemed like the medical doctor was always on the unit, and I think that staff were doing the best that they could to deal with a bad situation.

28. Every day that I was on EB-11, ambulances came to take patients away who had severe complications. I saw a lot of really sick people there. Some people were so sick that they couldn't walk around.

29. During my time on unit EB-11, there were many patients transferred there from Units 24 and 25, which are connected to each other like Units 26 and 27. I learned from those patients that those units had a major outbreak. One day, five patients arrived from those units. Then, another day, seven patients arrived. Finally, fourteen people came from those two units in one day. I could not believe that all of these patients were being transferred from the same unit.

30. While I was in Unit EB-11, two patients died, including someone I knew. This made me feel very sad and stressed.

31. When I finally got to leave unit EB-11, I remember seeing on the census board there that there were about 35 patients admitted to the unit.

**Even though I survived having COVID-19 this summer, I am still worried about my safety at Patton; we have been quarantined since the beginning of October since being exposed again.**

32. When I got back to Unit 27, I had to stay in the single room on the side of the unit for three days while they kept checking my vitals. After those three days passed, I was moved back to my four-man room with my roommates, where I am still housed.

33. Luckily, I survived having COVID-19 this summer. But, I am still worried about my safety and wonder if I will catch it again. I have seen on the news that they do not know if people who had COVID-19 once can get it again.

34. Because I am the only patient on Units 26 and 27 who tested positive for COVID-19 at that time, I think I must have caught it from a staff member. It makes me nervous that staff members leave Patton and go places where they might get infected. I have been afraid that a staff member could bring the virus into our unit again.

35. My fears came true in the first week of October when Units 26 and 27 were put on quarantine again because of another exposure to COVID-19.

36. One evening, right before dinner, I was in my room and another patient came in and told me that we were on quarantine again. I came out of my room and saw a lot of patients crowded around the nursing station asking the staff whether we were on quarantine because of a staff member or a patient. It was very chaotic. I heard another patient say that it was a staff member. I later heard from a patient that he heard from the staff that someone who floated on our unit tested positive for COVID-19, and that is why we were put on quarantine.

37. We are still on quarantine because of more exposures to COVID-19 since the beginning of October. This means we have not been able to leave our unit for almost two months.

38. I have heard that at least three patients on Units 26 and 27 tested positive around Thanksgiving.

39. I just hope that I don't get COVID-19 again. I am trying my best to stay healthy, but I can't stop feeling stressed thinking about myself or other patients in my unit catching COVID-19.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 9th day of December, 2020 in Patton, California.

           /s/ *Tulio Grajeda*\*
           Tulio Grajeda

| | |
|---|---|
| 1 | \* In light of COVID-19 regional stay-at-home orders and related COVID-19 |
| 2 | correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel |
| 3 | enter an e-signature on his behalf.  *See* Declaration of Kim Pederson, filed concurrently |
| 4 | herewith.  Given the circumstances related to the COVID-19 pandemic and public health |
| 5 | orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3), |
| 6 | and will file the hand-signed declaration upon receipt, consistent with any further |
| 7 | direction from the Court. |