SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DISTRICT**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al., <br><br> Defendants. | Case No. 5:20-cv-1559-JGB-SHK <br><br> **DECLARATION OF LAWRENCE HEINE** <br><br> Date:   TBD <br> Time:   TBD <br> Judge:  Hon. Jesus G. Bernal <br> Courtroom: 7D <br><br> Compl. filed:  08/05/2020 |

**DECLARATION OF LAWRENCE HEINE**

I, Lawrence Heine, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient on Unit 22 at Patton State Hospital (Patton) in San Bernardino County, California.

3. I have been at Patton since 2011. I am currently civilly committed as a "Offender with a Mental Health Disorder" under Penal Code section 2972. I was conditionally released to the community for treatment from September 2014 to August 2015, when I was re-admitted to Patton.

4. I am 64 years old and live with serious medical problems. This May, I had surgery for esophageal cancer. The doctors removed half of my stomach and part of my esophagus, but they were able to get all of the cancer out. My stomach is only one-quarter the size that it used to be and it's hard for me to eat a lot of the food that they serve us here. I have hypertension and coronary artery disease. I had two stents placed in my heart in 2019. I also have asthma and use two different inhalers every day. In 2018, I had surgery to remove a mass from my kidney. My doctor tells me that I am pre-diabetic. I take a lot of medications to help me manage all of my medical issues.

5. I subscribe to *Scientific American* magazine, so I have been closely following the COVID-19 pandemic. I learned from reading and listening to the news that someone like me, who has a lot of medical problems, is in danger of serious illness or death if I catch COVID-19. This makes me feel scared every day.

6. I have also read about how COVID-19 is really dangerous for people who live in facilities like Patton because we are not able to practice social distancing. There are fifty people on my unit and it is impossible to stay six feet away from anyone.

7. Luckily, no patients on my unit or the adjoining unit have tested positive for COVID-19. However, we have been exposed to COVID-19 at least twice since the summer. I have heard that infected staff members have brought COVID-19 on to our

unit.  When we are exposed to COVID-19, Patton puts the unit on quarantine, which means that we can't leave the unit to eat our meals, go to the grounds outside, or use the library.  This means that all fifty of us are cooped up with no way to stay away far enough away from each other to prevent COVID-19 from spreading if someone does catch it.  Most recently, we were exposed and quarantined in November.

8.  In addition, Unit 22 is often really dirty.  The bathrooms are filthy.  I wash my hands all the time, but I don't know if it makes a difference.

9.  I don't know what is going to happen to me here.  I feel like I have a miserable existence here at Patton and I have no control over my circumstances.  If I get COVID-19, I feel like it will take me right out.  I have never felt more stressed in my entire life.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed on the <u>10th</u> day of December, 2020 in Patton, California.

/s/ *Lawrence Heine*\*

Lawrence Heine

\* In light of COVID-19 regional stay-at-home orders and related COVID-19 correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel enter an e-signature on his behalf.  *See* Declaration of Kim Pederson, filed concurrently herewith.  Given the circumstances related to the COVID-19 pandemic and public health orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3), and will file the hand-signed declaration upon receipt, consistent with any further direction from the Court.