SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* C.D. California admission application forthcoming

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>　　　　　Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF CHARLES JACKSON**<br><br>Date:　TBD<br>Time:　TBD<br>Judge:　Hon. Jesus G. Bernal<br>Courtroom:　7D<br><br>Compl. filed:　08/05/2020 |

# DECLARATION OF CHARLES JACKSON

I, Charles Jackson, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient at Patton State Hospital (Patton) in San Bernardino County, California. I have been at Patton for about eight years.

3. I have diabetes. I learned from watching the news on television that my diabetes puts me at high risk of having a severe case of COVID-19.

4. I have first-hand experience of the COVID-19 pandemic at Patton. Earlier this year, I tested positive for COVID-19 and had to be taken to the to the hospital because I could not breathe.

5. About five people from EB-09, the unit where I live at Patton, have died after contracting COVID-19. We had a memorial for them on the unit. I was very stressed when I got sick with the virus, and it was stressful and sad for our unit as a whole to lose fellow patients.

**I got so sick from COVID-19 while at Patton that I needed to be hospitalized.**

6. In early summer of this year, patients on EB-09 started testing positive for COVID-19. Unit EB-09 houses about forty-five patients. We all share bedrooms, bathrooms, a day hall, telephones, and a dining hall.

7. At that time in the early summer, patients who tested positive were not immediately moved off of the unit. Instead, they were moved to another side of the unit, beyond a set of doors that close so we could be separated from each other.

8. When patients on EB-09 started testing positive for COVID-19, Patton staff tested everyone in the unit. My first test for COVID-19 was negative.

9. After I tested negative for COVID-19, Patton staff moved a patient into my room who had previously been housed on the side of EB-09 where they were moving people who tested positive. While the staff said he tested negative, he was coughing all over the place. I was really worried that he had COVID-19.

10. Shortly after, I started feeling sick. I had a bad cough and could not breathe. I felt like my temperature was going up and down, and I was sweating a lot. I also had headaches, and felt generally weak. I could not taste or smell, and I did not have an appetite. About five days after my first test, Patton staff tested me again for COVID-19. I learned later that I was positive for COVID-19.

11. At the time I got tested for COVID-19 the second time, Patton staff said that my temperature was pretty high. I remember not being able to breathe well. Patton called an ambulance. They gave me a mask, put me on a gurney, and the ambulance took me to the hospital. I felt very nervous. I did not know if I would live or die because I could not breathe.

12. I spent about two weeks at the hospital, where they confirmed I had COVID-19.

13. While at the hospital, I got oxygen through my nose. Thankfully, I did not have to be put on a ventilator. The whole time I was there, I felt like I was in a dream-like zone that was out of touch with the world. I kept wondering if I was going to make it.

14. After recovering from COVID-19, I got discharged from the hospital and returned to Patton.

15. When I first got back, Patton put me in the single room on the side of EB-09 for a few hours. Then, I was moved to EB-11, where Patton is housing all of the patients who test positive for COVID-19. Staff told me that I had to go there because I could still pose a risk to other patients, and I needed to be medically cleared.

16. After two weeks on EB-11, I returned to EB-09, where I have been ever since.

**After experiencing multiple exposures to COVID-19 at Patton, I continue to be afraid of the virus spreading through the facility.**

17. Since I returned to EB-09, our unit was exposed to COVID-19 again and put on quarantine for about two weeks. I believe this was around the month of August.

18. During quarantine, we could not leave the unit to eat our meals. We were also not allowed to go outside or to the commissary.

19. We got tested for COVID-19 about three times while we were on quarantine, and I was always worried that my test might come back positive. The experience of having COVID-19 was still fresh on my mind. Being on quarantine and wondering if I could get sick again was very stressful for me.

20. I have seen on the news that one way to prevent COVID-19 from spreading is to wash our hands frequently. There is no hand sanitizer readily available to patients on our unit. Right now, staff lets us use the hand sanitizer that they have in the nursing station, but we have to ask for it. Because we have to ask staff to get it for us for it every time we want to use it, I have not seen a lot of patients asking for the hand sanitizer.

21. I have also seen on the news that COVID-19 spreads through the air, especially when people are close to each other. This makes me nervous because I have no way to physically distance myself from other patients on the unit.

22. Even though I survived COVID-19 once, I am worried about it affecting other patients at Patton because we are in close contact all the time.

23. Since I got so sick the first time I had COVID-19, I am worried about what might happen to me if I get it again.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 19 day of November, 2020 in Patton, California.

Charles Jackson

4
DECLARATION OF CHARLES JACKSON