| | |
|---|---|
| 1 | SAMANTHA CHOE (SBN: 252002) |
| | schoe@cov.com |
| 2 | ADDISON THOMPSON* (SBN: 330251) |
| | athompson@cov.com |
| 3 | SYLVIA HUANG (SBN: 313358) |
| | syhuang@cov.com |
| 4 | ANNIE SHI (SBN: 327381) |
| | Covington & Burling LLP |
| 5 | 415 Mission St., Ste. 5400 |
| | San Francisco, CA 94105 |
| 6 | Telephone: (415) 591-6000 |
| 7 | JENNIFER STARK (SBN: 267062) |
| | Jennifer.Stark@disabilityrightsca.org |
| 8 | AARON FISCHER (SBN: 24739 |
| | Aaron.Fischer@disabilityrightsca.org |
| 9 | ANNE HADREAS (SBN: 253377) |
| | Anne.Hadreas@disabilityrightsca.org |
| 10 | SARAH GREGORY (SBN: 303973) |
| | Sarah.Gregory@disabilityrightsca.org |
| 11 | KIM PEDERSON (SBN: 234785) |
| | Kim.Pederson@disabilityrightsca.org |
| 12 | Disability Rights California |
| | 1330 Broadway, Suite 500 |
| 13 | Oakland, CA 94612 |
| | Telephone: (510) 267-1200 |
| 14 | Facsimile: (510) 267-1201 |

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated, | Case No. 5:20-cv-1559-JGB-SHK |
| Plaintiffs, | **DECLARATION OF KENNETH LOWERY** |
| v. | Date: TBD |
| STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al., | Time: TBD. |
| | Judge: Hon. Jesus G. Bernal |
| | Courtroom: 7D |
| Defendants. | Compl. filed: 08/05/2020 |

**DECLARATION OF KENNETH LOWERY**

I, Kenneth Lowery, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient on Unit 23 at Patton State Hospital (Patton) in San Bernardino County, California.

3. I have been at Patton since 2002, when I was committed here after being found not guilty by reason of insanity for criminal acts that happened in 2000. The maximum prison sentence I could have received if I had been convicted was nine years. I have been re-committed six times under Penal Code section 1026.5. During the 18 years I have been at Patton, I have never been conditionally released for treatment in the community. I feel like I do everything that my treatment team asks me to do, but I still don't know what I have to do to get out of here.

4. I am an Army veteran. I served for ten years, from 1985 to 1995. I served in Operation Continue Hope in Somalia and Operation Desert Shield in the Middle East. I have PTSD from things I experienced while I was in the Army.

5. I am African-American, 54 years old, and live with several medical problems. I am obese. I have type 2 diabetes and use insulin. I also have asthma and hypertension.

6. I learned from the news that my medical problems put me at high risk for serious illness or death if I catch COVID-19. Now, I am seeing on the news that COVID-19 cases are going up again and I wonder whether the vaccine will be ready in time to prevent many more people from dying.

7. So far, no patient on Unit 23 has tested positive for COVID-19.

8. However, we have been put on quarantine because staff who works on our unit has been exposed to the virus. Most recently, we were put on quarantine in November. During quarantine, we are not allowed to leave the unit. We eat our meals in the day hall on Unit 23, and we are very close together when we eat. Because we eat all

of our meals on the unit, it seems like the unit is dirtier than it is when we leave the unit to go to the dining hall.

9. I try to keep to myself as much as possible, but it is difficult because there is not a lot of space on the unit to keep my distance from people.

10. I am a man of faith. I teach a Bible study in the day hall on Sunday mornings. I trust in God and pray he will see me through this very stressful time here at Patton.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 9th day of December, 2020 in Patton, California.

                                       /s/ *Kenneth Lowery**

                                         Kenneth Lowery

* In light of COVID-19 regional stay-at-home orders and related COVID-19 correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel enter an e-signature on his behalf. *See* Declaration of Kim Pederson, filed concurrently herewith. Given the circumstances related to the COVID-19 pandemic and public health orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3), and will file the hand-signed declaration upon receipt, consistent with any further direction from the Court.