SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* C.D. California admission application forthcoming

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al., <br><br> Defendants. | Case No. 5:20-cv-1559-JGB-SHK <br><br> **DECLARATION OF JOSE MARIN** <br><br> Date:  TBD <br> Time:  TBD <br> Judge:  Hon. Jesus G. Bernal <br> Courtroom:  7D <br><br> Compl. filed:  08/05/2020 |

# DECLARATION OF JOSE MARIN

I, Jose Marin, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient at Patton State Hospital (Patton) in San Bernardino County, California.

3. In recent months, I have experienced two quarantines due to exposure to COVID-19 at Patton. Because of this, I am extremely anxious about my health and worried that I might die if I catch COVID-19.

**Patton is a crowded facility where patients share common spaces and that lacks adequate sanitation.**

4. From watching the news on television, I have learned that COVID-19 can be very dangerous for people like me who live in crowded conditions like Patton. I have also learned from the news that COVID-19 can make people with diabetes, like me, very sick. Knowing this makes me extremely stressed about my situation here at Patton.

5. Currently, I am housed on Unit 24 at Patton. Unit 24 houses about fifty patients.

6. I am in a four-man room with three roommates. In comparison to the other rooms I have seen on Unit 24, ours is one of the biggest. Even though it is one of the biggest rooms on the unit, there are only six or seven steps in between my bed and my roommates' beds.

7. On Unit 24, we have a day hall that is used by all of the patients on the unit. We also share two bathrooms and three telephones.

8. Currently, we do not have access to wipes or sanitizers to clean the phones before and after we use them.

9. We eat our meals together in a dining hall where we sit at tables that are so small that we are basically shoulder-to-shoulder with each other.

10. Unit 24 is connected to Unit 25, which also has about fifty patients. The two units share a common day hall where patients from both units interact with each other. We also share a common hallway with Unit 25.

11. At Patton, I also have been housed on Unit 37, which is in another building. I have heard that units in that building now house only women. From what I remember from being housed on Unit 37, it was very similar to Unit 24. Patients all shared bedrooms, bathrooms, common areas, telephones and dining halls.

12. I have not observed Patton staff cleaning or sanitizing the unit any more than they did before COVID-19 started spreading at Patton.

13. On Unit 24, we do not have access to hand sanitizer. We can wash our hands with soap and water in the bathrooms. During the weekdays, the janitor comes in daily to fill the soap dispensers and provide just enough paper towels to get us through to the next day. Another janitor comes on the weekends. That janitor does not provide us with enough soap and paper towels to last until the next day. When we run out of soap or paper towels, we have to ask the staff to open the janitorial closet to allow us to get soap to refill the dispensers or to replenish the paper towels. The staff sometimes does not immediately respond to these requests and we've had to wait for hours to be provided the necessary cleaning supplies.

**I experienced quarantine for the first time this summer when there was a major outbreak of COVID-19 on Unit 24.**

14. Around the beginning of August of this year, there was a major outbreak of COVID-19 on Units 24 and 25. About half of the patients on Unit 24 tested positive for COVID-19 and were moved to Unit EB-11, where I heard that Patton is housing patients who are infected with the virus.

15. Those of us who did not test positive for COVID-19 were put on quarantine in our unit. Quarantine meant that we could not leave the unit to eat our meals or go outside.

16. Though I did not test positive for COVID-19, the quarantine period was very stressful.

17. I observed that patients who tested positive were moved out of Unit 24, but this did not happen all at once. I saw groups of patients being moved after their test results came back. A few days after, a group of over ten patients who tested positive was moved out of Unit 24.

18. Two of my roommates tested positive. I remember that they stayed on the unit, in our room, for a few days before they were moved to EB-11. I heard that this was because there wasn't any more space on our unit to isolate them before moving them, and Patton was making more room for patients on EB-11. I remember feeling like I did not know if I was going to live or die at the time.

19. Because so many people were testing positive on Unit 24, Patton staff told us that we had to stay in our rooms during the quarantine period. We were told that we could not watch TV in the day room. Staff also required us to eat our meals in our bedrooms. Supposedly, this was to prevent patients from exposing each other to COVID-19. However, I do not feel like Patton's attempts to keep us isolated inside of our rooms worked very well. Patients came out of their rooms to use the telephones and bathrooms and to walk the halls. Staff did not always tell patients to go back to their rooms. Also, isolation did not make much sense by that time because we had all been exposed to COVID-19 and could potentially infect each other.

20. We were cooped up in quarantine for about a month. One patient from our unit died after testing positive for COVID-19 and going to EB-11. I knew him well because we used to go to church services together. I believe that he was in his 60s, but he always seemed strong to me. I am very sad to have lost one of my friends here at Patton.

**We were exposed to COVID-19 again at the beginning of October and put on quarantine a second time.**

21. During the first week of October, we were put on quarantine again.

22. One afternoon, at the end of the first week of October, a nurse was doing my fingerstick for diabetes. While she was doing this, another nurse came up to her and said that a staff member tested positive and our unit was being put on quarantine again. I saw this nurse reading from a page, and I heard her say that Units 26 and 27 were also put on quarantine, as well as a few units in the building where the units numbered in the 30s are located. I could not believe what I was hearing. I could not believe that we had been exposed again.

23. All I know about this quarantine is what I learned from the conversation I overheard between the two nurses while I was getting my fingerstick. It is frustrating and scary that Patton does not give patients official information about what is happening.

24. At this time, we have been on quarantine continuously for over one month. This means that we have not been able to leave our unit at all for over one month. Staff have not told us the reasons why our quarantine has been extended or when we might get off of quarantine.

25. Being exposed to COVID-19 and put on quarantine again makes me feel stressed, anxious, and depressed. I wake up every morning, not knowing if I am going to be infected. I am grateful that I have not yet tested positive for COVID-19. However, I wake up every morning afraid, not knowing if I am going to become infected.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the ___19___ day of November, 2020 in Patton, California.

_____
Jose Marin