SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 24739)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

* C.D. California admission application forthcoming

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>        Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF PAUL QUINTANA**<br><br>Date:  TBD<br>Time:  TBD<br>Judge:  Hon. Jesus G. Bernal<br>Courtroom:  7D<br><br>Compl. filed:  08/05/2020 |

**DECLARATION OF PAUL QUINTANA**

I, Paul Quintana, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient on Unit 24 at Patton State Hospital (Patton) in San Bernardino County, California.

3. I was originally admitted to Patton in 2000 when I was found not guilty by reason of insanity. I stayed here until about 2005, when I was transferred to Sylmar Health and Rehabilitation Center, which is a step-down program from Patton. I was at Sylmar for several years, then conditionally released into the community in 2012. I was re-admitted to Patton in 2018 and have been here since.

4. I have type 2 diabetes and a fatty liver. I have learned from the newspaper and Dr. Fauci on the television news that people with these medical conditions are at high risk for developing complications or dying from COVID-19.

5. Because I know that I am high-risk, I try to keep to myself as much as possible. However, this is very difficult because I am always surrounded by other patients and staff here at Patton.

6. This summer, there was a major outbreak of COVID-19 on our unit and Unit 25, which is connected to us. Right before this happened, I remember my psychologist telling me to be really careful because I have diabetes.

7. During this outbreak, I tested positive for COVID-19 and Patton transferred me to Unit EB-11, which they were using as a place to isolate patients who tested positive. In total, about 35 people from Unit 24 tested positive for COVID-19 and were transferred to EB-11.

8. My experience on EB-11 was horrific. I was dizzy, had vertigo, and I often felt like I could not breathe. My first 48 hours there were the worst. I felt a sense of impending doom, like I could very well die at any moment. All I could do was pray that I would survive.

9. On EB-11, I was in a room with two other guys. One of them had a fever for seven or eight days straight.

10. All of us were on EB-11 for about two weeks, until we no longer had any more symptoms. This time period was especially stressful because there were no on-call therapists to help us process the trauma we were experiencing. One of the patients from our unit died from COVID-19 during this outbreak. This hit all of us very hard because any one of could have been the one to die.

11. After I returned to Unit 24 from EB-11, the unit was still on quarantine until about mid-September. We were taken off of quarantine for three or four weeks, then put back on quarantine in October after a patient on Unit 25 tested positive. We have been on quarantine since then. I don't know why. Staff don't give us much information about the reasons for our quarantine. This only adds to my stress.

12. I am doing my best to stay positive, but it is really hard. Our unit has been through the ringer with COVID-19. Right now, my stress level is about eight or nine out of ten. Even though I survived COVID-19 when I got it this summer, I do not know if this means I can't get it again. I worry that I may not be lucky enough to survive it a second time.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 9th day of December, 2020 in Patton, California.

　　　　　　　　　　　　　　　　　　　　/s/ *Paul Quintana*\*

　　　　　　　　　　　　　　　　　　　　Paul Quintana

\* In light of COVID-19 regional stay-at-home orders and related COVID-19 correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel enter an e-signature on his behalf. *See* Declaration of Kim Pederson, filed concurrently herewith. Given the circumstances related to the COVID-19 pandemic and public health

1  orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3),
2  and will file the hand-signed declaration upon receipt, consistent with any further
3  direction from the Court.