SAMANTHA CHOE (SBN: 252002)
schoe@cov.com
ADDISON THOMPSON* (SBN: 330251)
athompson@cov.com
SYLVIA HUANG (SBN: 313358)
syhuang@cov.com
ANNIE SHI (SBN: 327381)
Covington & Burling LLP
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

JENNIFER STARK (SBN: 267062)
Jennifer.Stark@disabilityrightsca.org
AARON FISCHER (SBN: 247391)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN: 253377)
Anne.Hadreas@disabilityrightsca.org
SARAH GREGORY (SBN: 303973)
Sarah.Gregory@disabilityrightsca.org
KIM PEDERSON (SBN: 234785)
Kim.Pederson@disabilityrightsca.org
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Facsimile: (510) 267-1201

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF RICARDO TAPIA**<br><br>Date:　TBD<br>Time:　TBD<br>Judge:　Hon. Jesus G. Bernal<br>Courtroom:　7D<br><br>Compl. filed:　08/05/2020 |

**DECLARATION OF RICARDO TAPIA**

I, Ricardo Tapia, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient on Unit 27 at Patton State Hospital (Patton) in San Bernardino County, California.

3. I have been at Patton since 2016, when I was committed here after being found not guilty by reason of insanity for criminal acts that happened in 2013.

4. I am a veteran of the Marine Corps and was meritoriously promoted to the rank of Staff Sergeant. I served from 2002 to 2010, including three overseas deployments to Iraq. In Iraq, I was involved in multiple firefights and lost consciousness after an IED explosion. This caused me to have a traumatic brain injury. I lost three of my comrades in combat. To this day, I feel guilty that I am alive and they are not. I constantly think about what I could have done differently that would have helped them survive. I am currently taking medication that helps me with my flashbacks and nightmares.

5. I am obese, which I learned from the news is a risk factor for a severe case of COVID-19. This is really concerning to me. Knowing that obesity is a major risk factor adds more stress to this already stressful environment. I am also Hispanic.

6. Patton put Unit 27 on quarantine for about one month in July and August of this year because some staff members and one of the patients here tested positive for COVID-19. During quarantine, we are confined inside of the unit and cannot leave to go to grounds or to eat our meals like we normally do.

7. During the beginning of October, we were exposed to COVID-19 again and Patton put our unit on quarantine. I heard that staff who worked on our unit was exposed to COVID-19 or tested positive at that time. We are still on quarantine. This means we have not been able to leave the unit for almost two months. A patient on our unit tested positive during the week of Thanksgiving and was moved off of the unit. Then, two

patients on Unit 26 tested positive right after Thanksgiving. This means that we will stay on quarantine for at least another three weeks.

8. I do not feel safe inside of Patton right now. Because people are constantly testing positive for COVID-19 and we have been on quarantine for so long, it feels like a ticking time bomb here. Knowing that a patient on our unit tested positive this summer, and another one tested positive last month, makes me feel even more uneasy because these people are confined in the same space as me.

9. At Patton, we are constantly in contact with other patients and staff. It is impossible to practice social distancing. This makes quarantine even more stressful.

10. We have not had much mental health treatment here at Patton since the COVID-19 pandemic started this spring. All therapy groups have been cancelled. We are not getting any rehabilitation services to prepare us to go back to the community. This is frustrating to me because the whole purpose of being here is to get treatment so we can be discharged into the community.

11. I do not feel like the current environment here is suitable for a person like me who is recovering from mental illness. I think I would benefit more if I could participate in a specialized PTSD program through the Department of Veterans' Affairs.

12. When I am released from Patton, I want to be of service to my fellow veterans, to help them recover from the types of things I went through while I was in the Marines and since my service ended.

13. Being here at Patton at this time is especially hard for me because I cannot see my fiancée and our two children, who are eight and six. My six-year-old son was born in March 2014, while I was in county jail after my crime. I did not get to hold him until I got to Patton in 2016, when he was two years old.

14. Before COVID-19, my fiancée and children came to Patton every Saturday, the one day of the week when children were allowed to visit. All in-person visits stopped in March of this year. Since then, I have only been able to see my fiancée on video a few

times, and I have not been able to see my children at all. I really miss being able to interact with my family and wish I could be part of their daily lives.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the <u>10th</u> day of December, 2020 in Patton, California.

                                                /s/ *Ricardo Tapia*\*
                                                Ricardo Tapia

\* In light of COVID-19 regional stay-at-home orders and related COVID-19 correspondence delays, the declarant has requested and authorized that Plaintiffs' counsel enter an e-signature on his behalf. *See* Declaration of Kim Pederson, filed concurrently herewith. Given the circumstances related to the COVID-19 pandemic and public health orders, Plaintiffs' counsel respectfully request an exception to Local Rule 5-4.3.4(a)(3), and will file the hand-signed declaration upon receipt, consistent with any further direction from the Court.