```
 1  SAMANTHA CHOE (SBN: 252002)
    schoe@cov.com
 2  ADDISON THOMPSON* (SBN: 330251)
    athompson@cov.com
 3  SYLVIA HUANG (SBN: 313358)
    syhuang@cov.com
 4  ANNIE SHI (SBN: 327381)
    Covington & Burling LLP
 5  415 Mission St., Ste. 5400
    San Francisco, CA 94105
 6  Telephone: (415) 591-6000

 7  JENNIFER STARK (SBN: 267062)
    Jennifer.Stark@disabilityrightsca.org
 8  AARON FISCHER (SBN: 24739
    Aaron.Fischer@disabilityrightsca.org
 9  ANNE HADREAS (SBN: 253377)
    Anne.Hadreas@disabilityrightsca.org
10  SARAH GREGORY (SBN: 303973)
    Sarah.Gregory@disabilityrightsca.org
11  KIM PEDERSON (SBN: 234785)
    Kim.Pederson@disabilityrightsca.org
12  Disability Rights California
    1330 Broadway, Suite 500
13  Oakland, CA 94612
    Telephone: (510) 267-1200
14  Facsimile: (510) 267-1201
```

*Attorneys for Plaintiffs*

\* *C.D. California admission application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RICHARD HART et al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity et al.,<br><br>　　　　　Defendants. | Case No. 5:20-cv-1559-JGB-SHK<br><br>**DECLARATION OF GRAHAM WALDROP**<br><br>Date:　TBD<br>Time:　TBD<br>Judge:　Hon. Jesus G. Bernal<br>Courtroom:　7D<br><br>Compl. filed:　08/05/2020 |

DECLARATION OF GRAHAM WALDROP

# DECLARATION OF GRAHAM WALDROP

I, Graham Waldrop, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently a patient at Patton State Hospital (Patton) in San Bernardino County, California.

3. In 2008, a court found me not guilty by reason of insanity under Penal Code section 1026 for events that happened in 2007. I have been in state hospital custody continuously since I was committed in 2008, at Napa State Hospital and here at Patton.

4. I am afraid that I will become really sick or die if I get COVID-19 at Patton. I have type two diabetes, and I am obese. I also have respiratory problems, including sleep apnea. I used to get bronchitis every year. I know from watching the news on television that these medical conditions put me at higher risk for getting really sick from COVID-19.

**Patton is a crowded facility where patients share common spaces.**

5. My fear has been made worse because many patients share common spaces at all times and it's not possible for me to stay six feet apart from them, and these spaces are not regularly cleaned.

6. I learned from watching the news that staying six feet apart from other people can help prevent catching COVID-19. But at Patton, we are confined in space that is so cramped, it is impossible to stay far enough away from people. For me and other patients I talk to, it has been very stressful to be at Patton since COVID-19 started spreading here.

7. I live on Unit 26 at Patton. There are about fifty patients on the unit.

8. Unit 26 is connected to Unit 27. Unit 27 also has about fifty patients. Units 26 and 27 share a common day hall. In the common day hall, patients from

the two units interact, play cards, games, and watch television. There are chairs in the day hall, and they are placed right next to each other. Sometimes the day hall gets very busy, particularly when people are watching movies. It is impossible to stay six feet apart in the common day hall.

9. There is a main hallway that is shared between Units 26 and 27. During medication time, patients from Units 26 and 27 line up together in this area to receive medication.

10. Patients from the two units also share two drinking fountains. The drinking fountains are often dirty. As far as I can see, the fountains are not regularly disinfected.

11. Because Units 26 and 27 are connected to each other, it is possible for me to be interacting with almost 100 other patients, plus staff members, on a daily basis.

12. Most of the bedrooms on the unit are cramped with four or five patients sharing a room. I have seen that some of the rooms have beds so close to each other, they are basically touching.

13. Right now, I share a bedroom with three other patients in my unit. Our room is the biggest four-man room on our unit. One of my roommate's bed is only three or four steps away from mine. Another is about five steps away.

14. Within Unit 26, there are a few common spaces that I share with the patients on the unit. We share a day hall, three telephones, a computer, and two restrooms. In the day hall, the seats are right next to each other, and it is not possible to move them six feet apart because of the size of the room. I believe that there are thirty-five or forty seats in the day hall. If I sit down and put my hand out, I can touch the patient sitting next to me. The smaller restroom has two toilets and a shower stall. The larger restroom has five toilets and three shower stalls.

15. We eat our meals in a dining hall downstairs in the building. We are required to eat breakfast, lunch, and dinner in the dining hall. In the dining hall, the tables we sit at are so small that we are elbow-to-elbow.

16. It is impossible to stay six feet apart while we are eating. We share our dining hall with patients from Units 22, 23, and 27. Patients from different units eat at different times. I do not think the dining hall is cleaned thoroughly after each unit finishes eating. I often see leftover food and scraps on the tables.

17. At Patton, I have also been housed on Units 22, 33 and 34. Unit 22 is in the same building as Unit 26, where I am now. In my experience, Unit 22 is set up in the same way as Unit 26. It is connected to Unit 23 like Unit 26 is connected to Unit 27. Patients on Units 22 and 23 share bedrooms, bathrooms, day halls, the dining hall, and interact in the same ways as patients on Units 26 and 27.

18. Units 33 and 34 are in a different building than Unit 26. Based on my experience from being housed there, I know that patients on Units 33 and 34 live in close, shared quarters like here. Units 33 and 34 are set up a little bit differently than Unit 26. Units 33 and 34 have about fifty people each, like Unit 26, but they are not connected to other units. The patients in those units also share bedrooms, bathrooms, a day hall, and a dining hall.

**This summer, I spent about a month on quarantine because of exposure to COVID-19.**

19. In July 2020, our unit and Unit 27 were placed on quarantine because we were exposed to COVID-19. During the quarantine period, I was tested three times for COVID-19. All of my tests were negative.

20. During the quarantine period, I felt very stressed. I did not see staff members disinfecting the common areas any more than they usually would. During this time, we were required to eat meals in the day halls on our unit. We were not allowed to eat in our bedrooms.

4
DECLARATION OF GRAHAM WALDROP

21. While we were on quarantine, we also continued to interact with patients on Unit 27. In fact, we were interacting with patients on Unit 27 even more because we were both on quarantine and could not leave the building to go to the yard.

**The conditions at Patton during COVID-19 still make me feel unsafe; we were recently put on quarantine again.**

22. Even though I am high risk if I get COVID-19, I am not aware of any extra steps that Patton is taking to protect me or other high-risk patients.

23. Since COVID-19 started, I have heard staff members on my unit telling patients to stay six feet away from each another. But there is no way to stay six feet apart all the time because there is not enough space in the day rooms, dining hall, or even in our bedrooms.

24. In September, I saw that a sign was posted next to the telephones that says that sanitizing wipes are available, and to ask staff for them after each use of the phone. However, I have only seen one patient ask for the wipes. Patients use the phone one after another without sanitizing them because the wipes are not placed next to the phone.

25. Staff members used to give us hand sanitizer before meals, but they stopped doing this about a month ago.

26. I have seen staff members wearing masks differently than what they suggest on television, such as below their noses. I have also seen staff members remove their masks when talking to each other.

27. I am worried because I know that staff members float on different units here at Patton. In September, I overheard staff members talking outside of my door. I heard one of them ask the other, "What unit are you from?" I heard the other staff member reply, "EB-09." I heard the staff member who works on EB-09 say that they had patients who tested positive on their unit. Sometimes, we have

extra staff working on our unit when patients are assigned to one-to-one observation. I do not always recognize the staff members who come to do the one-to-ones, so I think they regularly work somewhere else at Patton, or maybe somewhere else outside Patton. Also, I hear regular announcements over Patton's intercom asking staff to work extra shifts on different units if they are interested in overtime.

28. At the end of the first week of October, Units 26 and 27 were put on quarantine again after another exposure to COVID-19. One night, staff members told us that we weren't going to the dining hall for dinner. We ate dinner in the unit instead. Staff never actually told us we are on quarantine. But, I have seen through the windows on the doors to our unit that there is a sign that says we are on quarantine.

29. I asked a staff member why we are on quarantine again, and the staff member told me that it is because a staff member who floated here from another unit later tested positive for COVID-19.

30. Being on quarantine again is pretty stressful. We can't leave the unit to go to the yard, so we are all cooped up together and there is no social distancing.

31. Since the quarantine began, I have been tested for COVID-19. I tested negative for COVID-19.

**I would feel safer from COVID-19 if I am discharged from Patton and could get mental health care outside of the hospital.**

32. Because of my health problems, I believe that I would be safer from COVID-19 if I am discharged from Patton and get mental health treatment outside of the hospital.

33. Since COVID-19 started in the spring, Patton has stopped providing most of the mental health treatment that we used to get to help us meet our discharge criteria. Because of COVID-19, Patton has cancelled all therapy groups

on our unit, which I used to attend. I still take my medication, but I see my psychiatrist for medication management appointments less than I did before COVID-19.

34. If I am discharged from Patton, I am willing to receive whatever outside mental health treatment is recommended by my treatment team.

35. I have a supportive family, and talk to my mom and stepdad on the phone every few days. Based on the conversations I have had with them, I believe they would help me if I am discharged from Patton.

**I am willing and able to serve as a class representative.**

36. I am willing to serve as a class representative in this case. I agreed to be a named plaintiff in this case because I would like to help patients at Patton who, like me, have risk factors for COVID-19. I want to Patton to screen everyone like me who has COVID-19 risk factors and determine whether we can be released or transferred to safer places. I also want to help make sure that the conditions inside of Patton are made safer for people who cannot be released or transferred.

37. I have communicated with my attorneys in this case many times. I agree to cooperate fully with them and answer their questions to the best of my ability.

38. My attorneys keep me updated about the case. When I have questions about the case, I will ask them for help to understand to the best of my ability.

39. I have spoken with other patients, including patients at other units, who are also at high risk from COVID-19. We have talked about asking to be released to safer places and wanting conditions inside Patton to be safer for patients who have to stay here.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on the 11-2-20 day of November, 2020 at Patton, California.

_____
Graham Waldrop