# Declaration of
# Heather C. Leutwyler, PHD

# Exhibit A

Prepared: June 25, 2020

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**      Heather C Leutwyler, PhD

**Position:**   Associate Professor, Step 2
Physiological Nursing
School of Nursing

**Address:**   Box 0610
2 Koret Way, Nursing, 631
University of California, San Francisco
San Francisco, CA 94143
Voice: 514-1524
Fax: 476-8899
Email: heather.leutwyler@nursing.ucsf.edu

## EDUCATION

| 1996 - 2000 | University of Texas at Dallas | B.S. | Neuroscience |
| 2003 - 2005 | University of San Francisco | M.S. | Nursing |
| 2006 - 2009 | University of California, San Francisco | PhD | Nursing |
| 2010 - 2010 | National Institutes of Health, Summer Genetics Institute | Fellow | Genetics |

## LICENSES, CERTIFICATION

| 2005 | Registered Nurse, California, License Number 651046 |
| 2006 | Family Nurse Practitioner, California, License Number 16283 |
| 2006 | Nurse Practitioner Furnishing, California, License Number 16283 |
| 2006 | Clinical Nurse Specialist, California, License Number 2623 |
| 2010 | ANCC Family Nurse Practitioner Certificate, Certificate Number 2009012109 |

## PRINCIPAL POSITIONS HELD

| 2001 - 2004 | Stanford/VA Alzheimer's Research Center | Research Coordinator | |
| 2005 - 2006 | Stanford/VA Alzheimer's Research Center | Clinical Research Nurse | |
| 2006 - 2006 | San Francisco | Research Clinician | Department of Public Health |
| 2006 - 2009 | Canyon Manor | Family Nurse Practitioner | |

Prepared: June 25, 2020

| 2007 - 2007 | Samuel Merritt | University | Adjunct Assistant Clinical Professor |
| 2008 - 2008 | University of California, San Francisco | Teaching Assistant | School of Nursing |
| 2009 - 2017 | University of California, San Francisco | Assistant Professor | Department of Physiological Nursing |
| 2017 - present | University of California, San Francisco | Associate Professor | Department of Physiological Nursing |

**HONORS AND AWARDS**

| 2003 | Alpha Gamma Delta Foundation Grant | |
| 2004 | Federal Traineeship Grant | |
| 2005 | John D. Lantz Grant | |
| 2006 | Betty Irene Moore Fellow (2006-2009) | |
| 2008 | Delores Jones RN Scholarship (2008-2009) | |
| 2009 | UCSF Nursing Student Award for Meritorious Service | |
| 2014 | UCSF Young Innovator | |
| 2014 | Jane Norbeck Award | |
| 2014 | Travel Award Semi-Finalist | GSA |
| 2015 | Scholar of the Advanced Research Institute (ARI) in Geriatric Mental Health | Weill Cornell Medical College |
| 2018 | Fellow | Gerontological Society of America |

**KEYWORDS/AREAS OF INTEREST**
Family Nurse Practitioner, Gerontology, Schizophrenia, Mobility, Neurocognitive Function, and Psychiatric Symptomatology.

## CLINICAL ACTIVITIES

**CLINICAL ACTIVITIES SUMMARY**
 I am part of the UCSF Nursing Faculty Practice: Interprofessional Primary Care Outreach for Persons with Mental Illness (IPCOM). IPCOM is a nurse-managed primary care service embedded in residential mental health treatment programs located in San Francisco and Napa.

Prepared: June 25, 2020

## PROFESSIONAL ACTIVITIES

### MEMBERSHIPS

| | |
|---|---|
| 2004 - present | Sigma Theta Tau International Honor Society of Nursing |
| 2005 - present | California Association of Nurse Practitioners |
| 2006 - present | American Association of Nurse Practitioners |
| 2008 - present | Schizophrenia International Research Society |
| 2008 - present | National Alliance for Mental Illness |
| 2008 - present | Gerontological Society of America |
| 2016 - present | American Association for Geriatric Psychiatry |
| 2018 - present | Academic Consortium on Criminal Justice Health |
| 2019 - present | American Psychiatric Nurses Association |

### SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2010 - 2015 | Gerontological Society of America | Invited Abstract Reviewer for the Annual Meeting |
| 2010 - 2012 | Schizophrenia International Research Society | Ethics Committee Member |
| 2016 - present | American Association for Geriatric Psychiatry | Advanced Practice Nursing Caucus |
| 2016 - 2018 | Gerontological Society of America | Health Science Section Membership Committee Chair |
| 2019 - present | American Psychiatric Nurses Association | Research Steering Committee Member |

### SERVICE TO PROFESSIONAL PUBLICATIONS

| | |
|---|---|
| 2009 - 2016 | Invited reviewer for Geriatric Nursing (3 papers) |
| 2009 - 2009 | Mentored reviewer for The Gerontologist (1 paper) |
| 2009 - 2017 | Invited reviewer for Schizophrenia Research (5 papers) |
| 2011 - 2011 | Invited Reviewer for Omics Publishing Group (2 papers) |
| 2012 - 2013 | Invited Reviewer for the Clinical Gerontologist (2 papers) |
| 2013 - 2016 | Invited Reviewer for the American Journal of Geriatric Psychiatry (4 papers) |

Prepared: June 25, 2020

| 2013 - 2016 | Invited Reviewer for PLOS ONE (2 papers) |
| 2013 - 2014 | Invited Reviewer for The Gerontologist (2 papers) |
| 2013 - 2013 | Invited Reviewer for Preventive Medicine (1 paper) |
| 2014 - 2014 | Invited Reviewer for Qualitative Research in Sport, Exercise, and Health (1 paper) |
| 2014 - 2014 | Invited Reviewer for Journal of Nervous and Mental Disease (1 paper) |
| 2015 - 2019 | Invited Reviewer for Disability and Rehabilitation (4 papers) |
| 2016 - 2016 | Invited Reviewer for Pyschological Medicine (1 paper) |
| 2016 - 2016 | Invited Reviewer for Psychiatric Rehabilitation Journal (1 paper) |
| 2016 - 2016 | Invited Reviewer for Revista Brasileira de Psiquiatria (1 paper) |
| 2016 - 2016 | Invited Reviewer for Biological Research for Nursing (1 paper) |
| 2016 - 2016 | Invited Reviewer for Social Work in Mental Health (1 paper) |
| 2015 - 2018 | Inivited Reviewer for Aging and Mental Health (2 papers) |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| 2008 | "Older adults with schizophrenia: How do they understand physical health?" Community of Scholars, University of California San Francisco, CA, April, 2008. | Oral Presentation |
| 2008 | "Older adults with schizophrenia: How do they understand physical health?" First Annual Schizophrenia International Research Society Conference, Venice, Italy, June, 2008. | Poster Presentation |
| 2008 | "Older adults with schizophrenia: How do they understand physical health?" Third Annual John A. Hartford Center of Geriatric Nursing Excellence School of Nursing, UCSF Lecture at the HGA Luncheon Conversations Program, San Francisco, CA, November 2008. | Invited Oral Presentation |
| 2009 | "Older adults with schizophrenia: Finding a place to belong." Trail Blazing Topics in Gerontology, Gerontological Nursing Graduate Program, University of California, San Francisco, CA, February, 2009. | Invited Oral Presentation |
| 2009 | "The impact of symptomatology on response to a health promoting intervention among older adults with schizophrenia." Presented at the 162nd annual meeting of the American Psychiatric Association, San Francisco, CA, May, 2009. | Poster Presentation |

Prepared: June 25, 2020

| 2009 | "The impact of symptomatology on response to a health promoting intervention among older adults with schizophrenia." Presented at the 61st annual meeting of the Institute on Psychiatric Services, New York City, NY, October 2009. | Poster Presentation |
|------|---|---|
| 2009 | "Understanding older adults with schizophrenia: Building and eroding trust." Presented at the 62nd annual meeting of the Gerontolgocial Society of America, Atlanta, GA, November 2009. | Oral Presentation |
| 2009 | "Journey to the Faculty Role." Presented at the Betty Irene Moore Fellow doctoral student meeting, December 2009. | Invited Oral Presentation |
| 2010 | "Physical Health of Aging Adults with Schizophrenia." Presented at the UCSF Department of Medicine's Geriatric Fellowship pre-clinic conference hosted at the Community Longitudinal Clinic at the Over 60 health Center, Berkley, CA, January 2010. | Invited Oral Presentation |
| 2010 | "Preparing for the Qualifying Exam." Presented at the UCSF Nursing Doctoral Forum Lunch Series, February, 2010. | Invited Oral Presentation |
| 2010 | "Transition from Student to Faculty." Presented at the UCSF Nursing Doctoral Forum Lunch Series, May 2010. | Invited Oral Presentation |
| 2010 | "Brain Derived Neurotrophic Factor: A potential biomarker for poor physical function in older adults with schizophrenia." Trail Blazing Topics in Gerontology, Gerontological Nursing Graduate Program, University of California, San Francisco, CA, May 2010. | Invited Oral Presentation |
| 2010 | "Care Transitions Among Older Adults with Schizophrenia."Presented at the 63rd annual meeting of the Gerontological Society of America, New Orleans, LA, November 2010. | Poster Presentaiton |
| 2011 | "The Poor Physical Health of Older Adults with Schizophrenia." Neuropsychology Didactic Lecture in the Vinogradov Lab, University of California, San Francisco, CA, March 2011. | Invited Oral Presentation |
| 2011 | "Contributing Factors to Poor Physical Function in Older Adults with Schizophrenia." Presented at the 64th annual meeting of the Gerontological Society of America, Boston, MA, November 2011. | Poster Presentation |
| 2012 | "The Association between Physical Function, Neurocognition, and Symptoms in Older Adults with Schizophrenia." Presented at the Translational Science Meeting, Washington DC, April 2012. | Poster Presentation |

Prepared: June 25, 2020

| | | |
|---|---|---|
| 2012 | "Caring for physical health problems in individuals with severe mental illness:Lessons from research and clinical practice." Roundtable discussion at UCSF-CTSI Tenderloin Clinical Research Center, San Francisco, CA, June 2012. | Invited Oral Presentation |
| 2012 | "What's new in clinical and translational science?" Brown Bag Session with Dr. Lisa Thompson, School of Nursing, UCSF, September 2012. | Invited Oral Presentation |
| 2012 | "It's good for me": Physical activity in older adults with schizophrenia. Presented at the 65th annual meeting of the Gerontological Society of America, San Diego, CA, November 2012. | Poster Presentation |
| 2013 | "The Poor Physical Health of Older Adults with Schizophrenia." Neuropsychology Didactic Lecture in the Vinogradov Lab, University of California, San Francisco, CA, March 2013. | Invited Oral Presentation |
| 2013 | "A videogame-based physical activity program for older adults with schizophrenia." Presented at the annual meeting for the Western Institute of Nursing Research, Anaheim, CA, April 2013. | Poster Presentation |
| 2013 | "KI2 scholar and mentor experiences". Presented at the annual meeting for the Western Institute of Nursing Research, Anaheim, CA, April 2013. | Oral Presentation |
| 2013 | "The association of Neurocognition on Poor Mobility in Older Adults with Schizophrenia." Presented at the 66th annual meeting of the Gerontological Society of America, New Orleans, LA, November 2013. | Poster Presentation |
| 2014 | "Videogame-based physical activity: a novel approach to physical activity for older adults with serious mental illness." Innovations in Geriatric Nursing Care, University of California, San Francisco, CA, March 2014. | Invited Oral Presentation |
| 2014 | "The Poor Physical Health of Older Adults with Schizophrenia." Neuropsychology Didactic Lecture in the Vinogradov Lab, University of California, San Francisco, March 2014. | Invited Oral Presentation |
| 2014 | "The association of BMI and poor mobility in older adults with schizophrenia". Presented at the annual meeting of the American Geriatrics Society, Orlando, Florida, May 2014. | Student Poster Presentation (presented by Heather Greysen) |
| 2014 | "Videogame-based physical activity in older adults with schizophrenia to improve mobility." Presented at the annual meeting of the Gerontological Society of America, Washington, D.C., November 2014. | Poster Presentation |

Prepared: June 25, 2020

| 2015 | "Poor physical health in older adults with schizophrenia." Neuropsychology Didactic Lecture in the Vinogradov Lab, University of California, San Francisco, March 2015 | Invited Oral Presentation |
|------|------|------|
| 2015 | "Promoting physical activity in older adults with schizophrenia." Presented at the Nursing Research Program on the State of the Science on Symptom Management, University of California, San Francisco, May 2015. | Invited Oral Presentation |
| 2016 | "Serum BDNF is positively associated with negative symptoms in older adults with schizophrenia." Presented at the annual meeting of the American Association for Geriatric Psychiatry, Washington, D.C., March 2016. | Poster Presentation |
| 2016 | "The impact of a videogame-based physical activity program in older adults with schizophrenia on subjectively and objectively measured physical activity." Presented at the annual meeting of the American Association for Geriatric Psychiatry, Washington, D.C., March 2016 | Poster Presentation |
| 2016 | "Older adults with schizophrenia: How to get them to move." Neuropsychology Didactic Lecture in the Vinogradov Lab, University of California, San Francisco, March 2016. | Invited Oral Presentation |
| 2016 | "Impact of a pilot videogame-based physical activity program on mobility in older adults with schizophrenia." Presented at the annual meeting of the American Geriatrics Society, Long Beach, May 2016. | Poster Presentation |
| 2016 | "Case management to prevent criminal justice involvement for people with serious mental illness." Policy brief presented the the California State Mental Health Caucus, Sacramento, CA, May 2016. | Oral Presentation |
| 2016 | "Career Panel Presentation for the UCSF Pre-Health Undergraduate Program." Invited to present about my career trajectory in Nursing, San Francisco, CA, August 2016. | Oral Presentation |
| 2016 | "Videogame-Based Physical Activity Improves Walking Speed in Older Adults With Schizophrenia." Presented at the annual meeting of the Gerontological Society of America, New Orleans, LA, 2016. | Invited Oral Presentation |
| 2017 | Symposium Presentation. "Advances in Late-Life Schizophrenia: A Focus on Functional and Physical Abilities." Presented at the annual meeting of the American Association of Geriatric Psychiatry, Dallas, March 2017. | Invited Oral Presentation |

Prepared: June 25, 2020

| 2018 | Symposium Presentation. "Addressing the Emerging Crisis in the Care of Older Adults with Schizophrenia: New Paradigm and Treatment Models." Presented at the Annual Meeting of the American Psychiatric Association, May 2018. | Invited Oral Presentation |
|---|---|---|
| 2018 | "The Experiences of Older Adults With Serious Mental Illness in a Group Videogame-Based Phyiscal Activity Program." Presented at the Annual Meeting of the Gerontological Society of America, Boston, MA, 2018. | Poster Presentation |
| 2018 | "Successful Community Re-Entry for Older Adults With Schizophrenia." Presented at the Annual Meeting of the Gerontological Society of America, Boston, MA, 2018. | Poster Presentation |
| 2019 | "Aging Better with Virtual Reality and Games." Presented at the 2019 Games For Change Festival, New York, New York, 2019. | Invited Oral Presentation |
| 2019 | "Aging with Schizophrenia: Racial Disparities in Cognitive Impairment." Presented at the Annual Meeting of the Gerontological Society of America, Austin, TX, 2019. | Poster Presentation |

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| 2017 - present | California State Assembly | Co-Sponsored and Provided Expert Testimony on Assembly Bill 473 |
|---|---|---|
| 2017 - present | California Board of Parole Hearings | Guest Presentation |
| 2017 - present | California Correctional Health Care Services | Contracted to evaluate Women's Health Program |

# UNIVERSITY AND PUBLIC SERVICE

**SERVICE ACTIVITIES SUMMARY**

I provide service at the international, national, community, and university level. At the national level, I serve as a reviewer for peer reviewed journals and am an active member of my professional organizations.  I present my research at annual conferences in my professional organizations. I am on the research advisory committee for the American Psychiatric Nurse's Association.

At the state level, I gained additional experience with policy and legislation over the last few years through my involvement with the UC Criminal Justice and Health Consortium, funded by the UC Office of the President. I was chosen by the Consortium Leadership to lead the mental health initiatives in the consortium. To that end, colleagues and I drafted policy briefs about ways to prevent criminal justice involvement for people with serious mental illness and we were invited to present these briefs to the California State Senate Mental Health Caucus at their May 2017 meeting. Fifteen senators attended the meeting. In December 2017, I was invited to

present to the Executive Board for the California Board of Parole Hearings about community re-entry for older adults with Serious Mental Illness. I was chosen to be part of a group of University of California researchers to evaluate the Women's Health Program in the California Correctional Health Care Services.

At the community level, I volunteer at the Rypins House, part of the UCSF Nursing Faculty Practice for Individuals with Serious Mental Illness, as a family nurse practitioner to provide basic primary care as needed to the residents and day treatment participants. I also design and conduct health education groups at the facility approximately two days a month. At the University level, I serve as a reviewer on the Neuroscience committee for the UCSF Resource Allocation Program. I serve as an Associate Director of the UCSF Hartford Center for Geriatric Nursing Excellence. For the past 4 years, I served as a member of the Campus Committee on Family Services and on a sub-committee focused on improving the Family Leave Policy. from February 2016 -August 2019, I served as a SON representative on the Academic Senate Campus Committee on Research. I was the chair of a school wide committee that planned a faculty wide day long retreat in December 2016 with funds the committee was awarded from Chancellor's Faculty Enrichment Award.
I am an advisory board member for the Salvation Army Harbor Light residential drug treatment center. I organized the inaugural health and wellness fair for the Center on March 9th, 2018. I recruited UCSF faculty, staff, and students to host health information tables at the Fair.

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| 2015 - present | UC Criminal Justice and Health Consortium | Selected Participant |
|---|---|---|
| 2015 - present | UC Criminal Justice and Health Consortium working group: Mental health treatment and interventions that prevent criminal justice involvement | Faculty Co-Leader |

## UCSF CAMPUSWIDE

| 2010 - present | Resource Allocation Program, Neuroscience Scientific Review Committee | Reviewer |
|---|---|---|
| 2011 - 2011 | Resource Allocation Program, Mobile Health Research Review Committee | Ad-hoc Reviewer |
| 2014 - 2014 | Clinical and Translational Science Institute Career Development Program (KL2) Selection Committee | Reviewer |
| 2014 - 2018 | Committee on Family Services | Member |
| 2017 - 2017 | Search Committee for Executive Vice Chancellor for Research/Vice Dean of Research (SOM) | Member |
| 2016 - 2018 | Campus Committee on Research | Member |
| 2019 - 2019 | Faculty Development Day | Served on Managing Your Research Career Panel |

Prepared: June 25, 2020

## SCHOOL OF NURSING

| | | |
|---|---|---|
| 2012 - present | UCSF Nursing Faculty Practice for Individuals with Serious Mental Illness | Nurse Practitioner |
| 2011 - present | eHealth Nursing Workgroup | Committee Member |
| 2016 - present | SON Committee on Research | Ex-Officio member |
| 2012 - 2016 | Doctoral Program Council | Committee Member |
| 2012 - 2013 | Service Workgroup | Committee Member |
| 2014 - 2014 | Web Redesign Team | Committee Member |
| 2016 - 2017 | Family Health Care Nursing Search Committee for Department Chair | Committee Member |
| 2016 - 2016 | Salary Equity Sub-Comittee | Committee Member |
| 2017 - 2018 | Masters' Program Curricular Task Force | Committee Member |
| 2017 - present | T32 Biobehavioral Research Training in Symptom Science | Executive Committee Member |
| 2017 - present | School of Nursing Health Sciences Compensation Plan Advisory Board | Committee Member |
| 2018 - present | School of Nursing Diversity in Action | Committee Member |
| 2019 - present | Educational Mission Thought Leaders | Member |

## DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 2009 - present | UCSF Hartford Center for Geriatric Nursing Excellence | Associate Director |
| 2010 - present | UCSF Hartford Center for Geriatric Nursing Excellence, Student Advisory Committee | Founding Member |
| 2013 - 2013 | Department of Physiological Nursing CNS Scholarship Committee | Member |
| 2015 - 2017 | Departmental Research Jamboree | Coordinator |
| 2016 - 2018 | PharmD Search Committee | Chair |
| 2016 - 2018 | Tenure Track Faculty Search Committee | Chair |

Prepared: June 25, 2020

**COMMUNITY AND PUBLIC SERVICE**

| | | |
|---|---|---|
| 2006 - present | Rypins House Transitional Residential Facility | |
| 2006 - 2006 | San Francisco Project Homeless Connect | |
| 2006 - 2008 | YMCA | |
| 2017 - present | Salvation Army Harbor Light Center Advisory Council | Member |

# CONTRIBUTIONS TO DIVERSITY

### CONTRIBUTIONS TO DIVERSITY

My contributions and commitment to diversity are evident in both my teaching and research. As past Faculty-of-Record (FOR) for a large core course in the Masters program, and as current FOR for several doctoral seminars, I am responsive to the needs of a diverse group of students. I consistently receive excellent ratings in student evaluations for how I incorporate materials and discussion about diversity into my course, including making this value clear in all my syllabi. In addition, my research portfolio further documents my dedication to diversity. I recruit study participants, who represent a highly vulnerable population of older adults, from diverse racial, ethnic, and socio-economic backgrounds. Working with this population further expands my understanding of the challenges faced and the critical importance of considering equity as well as equality in access to care. Additionally, in an effort to further my own understanding of our School's diversity needs so as to strengthen our inclusivity efforts in the classroom, I join the School of Nursing's Diversity in Action Committee in June of 2018.

# TEACHING AND MENTORING

### TEACHING SUMMARY

During my time as an Assistant Professor, I taught advanced clinical pharmacology in the Masters program core curriculum.   All first year Masters level students in an adult specialty clinical track take the course and enrollment is usually about 140 students. The course introduces the clinical application of pharmacology in the management of patients, including frequently prescribed drugs for the treatment of chronic diseases and minor acute illnesses across the lifespan. When I was promoted to Associate Professor, I transitioned to teaching in the doctoral core curriculum. I taught a core course in the doctoral program on qualitative data collection and ethics (N212A) in 2017.  In 2018, I created a course along with my co-FOR (Margaret Wallhagen), Theories and Methods in Symptom Science (N223B). N223B is a seminar course for pre and post-doctoral scholars in a NINR funded T32 training program. In addition, I and another faculty (Meg Wallhagen) lead a writing seminar for doctoral and post-doctoral students with an interest in gerontology. The seminar (N251.02) meets monthly throughout the academic year and aids students in moving their scholarly work (e.g., qualifying exams, dissertation papers) forward.  This past year, I co-created the Street Nursing course (N287S) along with the team of Street Nursing students and faculty member, Shannon Smith-Bernardin.

Annually, I evaluate comprehensive examinations and serve on Master's Thesis committees. This current Spring, I chaired my third Master's thesis committee. I am currently the chair for 2 doctoral students, serve on an additional 3 qualifying exam committees, and advise one post-doctoral student.

Prepared: June 25, 2020

**FORMAL TEACHING**

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2007 - 2009 | N227: Research on management of common psychiatric conditions | Guest lecture; Older adults with schizophrenia | | approximately 20 |
| | 2008 - 2008 | S/N 209A: Introduction to qualitative research methods | Teaching Assistant for the quarter | | 30 |
| | 2009 - 2009 | N301.21 Gerontological Nurse Practitioner Skills Lab | Assisted with 2 lab sessions: Musculoskeletal and Neurological Exam | | 15 |
| | 2010 - 2010 | GeriWard Pilot | Facilitated interdisciplinary discussion | | 4 |
| | 2010 - 2010 | N276: Research Residency for So Young Shin | Co-Faculty of Record | | 1 |
| | 2011 - 2011 | N301.21 Gerontological Nurse Practitioner Skills Lab | Assisted with 1 lab session and the Final Check Out | | 15 |
| | 2011 - 2011 | Adult Clinical Pharmacology | Co-Faculty of Record | | 145 |
| | 2012 - 2012 | Adult Clinical Pharmacology | Faculty of Record | | 125 |
| | 2012 - 2012 | Essentials of Pharmacology Across the Lifespan | Co-Faculty of Record | | 138, 30 |
| | 2013 - 2013 | Advanced Clinical Pharmacology | Faculty of Record | | 130 |
| | 2013 - 2013 | Essentials of Pharmacology Across the Lifespan | Co-Faculty of Record | | 130, 30 |
| | 2013 - 2013 | N240.16 Research Issues in Aging: Interdisciplinary Perspectives | Guest Lecture | | 8 |

Prepared: June 25, 2020

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2013 - 2013 | N262B Advanced Scholarship in Research II | Seminar Leader | | 23 |
| 2013 - 2013 | Epi 202 Designing Clinical Research | Section Leader | | 10 |
| 2013 - 2014 | N414.29 Adult Gerontology Nursing Skills Lab | Assisted with the Final Check out | | 2 |
| 2014 - 2014 | Advanced Clinical Pharmacology | Faculty of Record | | 140 |
| 2014 - 2014 | Essentials of Pharmacology Across the Lifespan | Co-Faculty of Record | | 140, 30 |
| 2014 - 2015 | N295A Care of the Older Adult | Guest Lecture | | 16 |
| 2015 - 2015 | Advanced Clinical Pharmacology | Faculty of Record | | 140 |
| 2015 - 2015 | Essentials of Pharmacology Across the Lifespan | Co-Faculty of Record | | 140, 30 |
| 2015 - 2016 | N209A Comparative Qualitative Research Design | Guest Lecture | | 7 |
| 2016 - 2016 | Advanced Clinical Pharmacology | Faculty of Record | Nursing | 130 |
| 2016 - 2016 | Essentials of Pharmacology across the Lifespan | Co-Faculty of Record | Nursing | 130,30 |
| 2017 - 2017 | Qualitative Data Collection and Ethics | Faculty of Record | Nursing | 15 |
| 2017 - 2017 | N269 Integrating Scientific Literature | Guest Lecture | Nursing | 8 |
| 2017 - present | N251.02 Advanced Gerontology Writing Seminar | Co-Faculty of Record | Nursing | 8 |

Prepared: June 25, 2020

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2018 - 2018 | N240.16 Research Issues in Aging: Interdisciplinary Perspectives | Guest Lecture | Nursing | 6 |
| | 2018 - present | N223B:Theories and methods in symptom research | Co-FOR | Nursing | 13 |
| | 2019 - 2019 | N276 Research Residency for 3 doctoral students (Binford, Dobbins, Menza) | FOR | Nursing | 3 |
| | 2020 - | N287S Street Nursing | co-FOR | Nursing | 20 |

## INFORMAL TEACHING

2014 - 2016   I facilitated a writing seminar for our gerontology focused doctoral and post-doctoral students. The seminar meets monthly. The seminar provides a venue for students to present their work (e.g. qualifying examination papers) and receive feedback.

## MENTORING SUMMARY

Since my appointment at UCSF, I have begun to mentor pre- and post-doctoral students. At the present time, I am serving on five dissertation committees. I am mentoring a post-doctoral fellow (Schola Matovu).

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2009 – 2012 | So Young Shin | Nursing Doctoral Program | | Research Mentor | Assistant Professor, College of Nursing, Keimyung University |
| 2013 – 2016 | Heather Greysen | Nursing Doctoral Program | | Dissertation Committee Member | Doctoral Student, UCSF |

Prepared: June 25, 2020

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2013 – 2013 | Jessica Storlie | Nursing Masters Program | | Masters Thesis Committee Member | Masters Student, UCSF |
| 2013 - | Anna Asovskaya | Nursing Doctoral Program | | Qualifying Exam Chair | Doctoral Student, UCSF |
| 2014 – 2017 | Carmen Ward Sullivan | Nursing Doctoral Program | | Qualifying Exam Chair | Doctoral Student, UCSF |
| 2014 – 2014 | David Kurt | Nursing Masters Program | | Masters Thesis Committee Member | Masters Student, UCSF |
| 2014 – 2014 | Colette Jappy | Nursing Masters Program | | Masters Thesis Committee Member | Masters Student, UCSF |
| 2015 – 2018 | Lenore Hernandez | Nursing Doctoral Program | | Qualifying Exam Chair | Doctoral Student, UCSF |
| 2015 – 2019 | Sasha Binford | Nursing Masters Program | | Masters Thesis Chair | Masters Student, UCSF |
| 2016 – 2016 | Juliet Shih | Nursing Masters Program | | Masters Thesis committee member | Masters Student, UCSF |
| 2016 – 2019 | Douglas Long | Nursing Doctoral Program | | Qualifying Exam Chair | Doctoral Student, UCSF |
| 2017 – 2019 | Patricia Ambrose | Nursing Doctoral Program | | Qualifying Exam committee member | Doctoral Student, UCSF |
| 2016 – 2019 | Sasha Binford | Nursing Doctoral Program | | Dissertation Chair | Doctoral Student, UCSF |
| 2017 - present | Rebecca Menza | Nursing Doctoral Progam | | Dissertation Co-Chair | Doctoral Student, UCSF |

Prepared: June 25, 2020

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2016 - present | Sarah Dobbins | Nursing Doctoral Program | | Dissertation Chair | Doctoral Student, UCSF |
| 2019 - present | Michael Heinbach | Nursing Masters Program | Research/Scholarly Mentor | Masters Thesis Chair | Masters Student, UCSF |
| 2020 - present | Janelle Silvis | Nursing Masters Program | Research/Scholarly Mentor | Masters Thesis Chair | Masters Student, UCSF |
| 2020 - present | Michele Diaz | Nursing Doctoral Program | Research/Scholarly Mentor | Qualifying Exam Committee | Doctoral Student, UCSF |
| 2020 - present | Karina Demikhova | Nursing Doctoral Program | Research/Scholarly Mentor | Qualifying Exam Committee | Doctoral Student, UCSF |
| 2020 - present | Katie Reeves | Nursing Doctoral Program | Research/Scholarly Mentor | Qualifying Exam Chair | Doctoral Student, UCSF |

**POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED**

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2017 - present | Schola Matovu | T32 Post-doctoral Fellow | | Mentor | Post-Doc |

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2019 – 2020 | Lauren Hunt | Assistant Professor | Career Mentor | career mentor | Assistant Professor |

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY

My primary career goal is to develop an internationally recognized program of research that is focused on determining the factors (i.e., phenotypic and molecular) associated with poor physical health in older adults with serious mental illness (SMI) and the development and testing of interventions that will improve the physical health of this vulnerable population.

Since joining the faculty, I obtained funds to develop my interdisciplinary program of research. I was awarded an individual investigator award from the UCSF Academic Senate, two Strategic Opportunity Support awards from the UCSF Clinical and Translational Science Institute (CTSI), and two pilot study awards from a P30 grant funded by the National Institute for Nursing Research. In addition, I was selected in an extremely competitive process for a career development award (KL2) from the UCSF CTSI. In December 2013, I was awarded a 3-year career development award (K23) from the National Institute on Aging.  In December 2016, I was awarded an Independence Support Award from the UCSF Academic Senate. With the support of these awards, I am obtaining preliminary data for a competitive extramural grant proposal (e.g. R01).

The first study focused on an examination of the relationships between neurocognitive function, schizophrenia symptoms, and mobility in older adults with schizophrenia. Using both subjective and objective measures, my research team was the first to identify that older adults with schizophrenia experience significant decreases in mobility associated with increased severity of neurocognition and psychiatric symptoms. The results of this study, as well as our clinical experiences working with this population, provided the motivation to develop and begin testing a physical activity intervention to promote mobility in older adults with schizophrenia.

We recognized that in order to create a successful intervention, we would need to consider the perspectives of both patients with schizophrenia and the staff who care for these patients. In our second study, we described the perceptions of older adults with schizophrenia about the barriers and facilitators to engage in activities that promote physical activity. In addition, we were the first to describe the perceptions of clinicians and staff members about barriers and facilitators they faced when they attempted to engage older adults with schizophrenia in activities to promote physical activity. While patients and staff expressed interest in promoting physical activity in older adults with schizophrenia, resources to facilitate this engagement are limited.

We determined that in order for a physical activity program to be successful for older adults with schizophrenia, it would need to be offered on site at a mental health facility; be adapted to patients' comfort zones; and be engaging. Active video games are the ideal way to meet these patients' needs. For our third study, we examined the feasibility, acceptability, and short-term adherence to a pilot physical activity program using the Xbox 360+ Kinect video game system in a sample of older adults with schizophrenia. To our knowledge, this study is the first to evaluate a physical activity program designed for older adults with schizophrenia. Patients indicated they enjoyed the videogame-based physical activity program because of the group atmosphere. It was "good for the body and mind". They liked the games, they had fun, and the novelty was appealing.
While we were conducting our pilot physical activity program with older adults with schizophrenia, we noticed the younger adults at these mental health facilities were very interested in our program. In our fourth study, we conducted a randomized controlled trial of our physical activity program with young to middle aged (18-54) adults with schizophrenia. The RCT allowed us to determine if the control condition would be acceptable to patients and staff.

We recently finished enrolling patients in a more intense version of their videogame-based physical activity program that meets 3 days a week for 10 weeks. 26 participants with SMI have completed the 10-week study and 40 completed 5 weeks of the program. Preliminary results show improvement in mobility and psychiatric symptoms. My team published 2 manuscripts based on this study and we have another in preparation.

Prepared: June 25, 2020

In addition, I am analyzing data collected during my NIA funded career development award (K23). In that longitudinal study, my team examined the relationships between neurocognition, psychiatric symptomatology, serum levels of BDNF, and mobility in a sample of older adults with schizophrenia and how these relationships change over time. All of these data will provide the foundation for future intervention studies that will improve the mobility, neurocognitive function, and psychiatric symptoms of older adults with schizophrenia and other SMI.

I was recently awarded a High Impact Pilot Research award from the Tobacco-Related Disease Research Program (TRDRP) to test a smoking cessation intervention for individuals with SMI. We will conduct a pilot 2-arm RCT to examine the feasibility and potential efficacy of a video-game based group physical activity intervention for smoking cessation in adults with serious mental illness. The VIP intervention (VIdeogame-based Physical activity) will be offered 50 minutes, 3X/week for 12 weeks along with smoking cessation counseling and pharmacotherapy (bupropion). 10 participants have completed the study and 14 are currently enrolled.

I also began a collaboration over the past 2 years that has led to a program evaluation of a fitness program offered by Fitness SF in partnership with the Harbor Light Center (a drug and alcohol treatment center in San Francisco). Our plan is to use the data to not only evaluate the program but to also provide preliminary data for a future study focused on recovery from substance use. We published a manuscript based on these findings in Substance Use and Misuse.

Finally, I am a co-I on the UCSF Street Nursing project that is funded with a grant from the Cigna Foundation. Our letter of intent for the Hillman Innovations in Care Program was accepted and we are preparing a full application to submit on June 1, 2020.  The Street Nurses had worked in partnership with Lava Mae, an organization that provides mobile hygiene services on the streets of San Francisco and Oakland two days a week. The Street Nursing team is a group of Registered Nurses who are dedicated to providing care to unhoused residents in San Francisco and Oakland. In partnering with Lava Mae, UCSF Street Nursing regularly engages with clients who utilize Lava Mae's services week-after-week. For the proposed Hillman grant, UCSF Street Nursing will expand this innovative nursing-driven care delivery model to improve care transitions by working in partnership with the UCSF Emergency Department Navigation Team's ED Information Exchange (EDIE) program.  This collaboration uniquely positions the Street Nursing team to support the daily health needs of a community at risk of rapidly deteriorating health.
By providing no-barrier care, UCSF Street Nursing is able to support clients as they engage in the broader health system. The team meets the needs of this vulnerable community by providing care directly on the street, while clients access crucial services in their neighborhood. In this setting, UCSF Street Nursing provides supportive services such as wound care, medication reconciliation, acute and chronic condition triage, treatment for dermatologic conditions, education, health care navigation, and other basic-nursing care, reducing burden on Bay Area emergency departments, urgent cares, and hospitals. This safety net of pragmatic care supports clients in caring for their own health, increasing their engagement in primary care, and achieving wellness.

## RESEARCH AWARDS - CURRENT

| | | | | |
|---|---|---|---|---|
| 1. T29IP0235 | PI | | 25 % effort | LEUTWYLER (PI) |
| TRDRP | | | 04/01/2019 | 03/31/2021 |

Prepared: June 25, 2020

| | | | |
|---|---|---|---|
| VIP smoking cessation intervention for adults with serious mental illness | $ 200,000.00 direct/yr 1 | $ 400,000.00 total | |

We will conduct a pilot 2-arm RCT to examine the feasibility and potential efficacy of a video-game based group physical activity intervention for smoking cessation in adults with serious mental illness. The VIP intervention (VIdeogame-based Physical activity) will be offered 50 minutes, 3X/week for 12 weeks along with smoking cessation counseling and pharmacotherapy (bupropion).

Dr. Leutwyler will oversee the scientific integrity of the project, will assess the participants for inclusion in the study, provide the study medication, and assess for adverse effects

| | | | |
|---|---|---|---|
| 2. | Co-Investigator | 10 % effort | Wagner (PI) |
| Cigna Foundation | | 01/01/2020 | 12/31/2020 |
| UCSF Street Nursing Program | | $ 200,000.00 direct/yr 1 | $ 200,000.00 total |

UCSF Street Nursing is a practice that provides low-barrier, free-of-cost, pragmatic, patient-centered care on the streets for people experiencing houselessness. In collaboration with Lava Mae, a mobile shower and hygiene service provider, our group provides basic nursing care for our unhoused neighbors.

I will be responsible for providing clinical leadership to the street nurses and providing mentorship and content expertise.

## RESEARCH AWARDS - PAST

| | | | | |
|---|---|---|---|---|
| 1. | 1-P30-NR011934-0 | Faculty Scholar | | |
| | NINR | | 2009-10-01 | 2011-06-30 (No Cost Extension) |
| | Symptom Management Faculty Scholars Program: Prepare new faculty members with the knowledge and skills to develop and maintain a program of research in symptom management in diverse populations, across the illness trajectory, and in a variety of health care settings. Prepare new faculty members with grantsmanship skills that include writing, conducting, and administering a funded grant; Prepare new faculty members to disseminate research findings in interdisciplinary, refereed journals; Increase the number of nurse scientists prepared to conduct interdisciplinary intervention research related to symptom management. (Principal Investigator: Chris Miaskowski) 2.4 calendar | | | $ 497,779 total |

| | | | | |
|---|---|---|---|---|
| 2. | NR011934-0 | Faculty Scholar | | |
| | NINR | | 10/01/2009 | 2011-06-30 (No cost extension) |

Prepared: June 25, 2020

| | | | |
|---|---|---|---|
| The Impact of Neurocognition and Symptomatology on Physical Function among Older Adults with Schizophrenia. The purpose of this cross sectional pilot study is to examine the relationships between neurocognitive function, schizophrenia symptoms, serum Brain Derived Neurotrophic Factor (BDNF), and mobility in older adults with schizophrenia. | | | $ 43,000 total |

3. NR011934-0        Faculty Scholar

                                                                  2010-10-01    2011-06-30 (No Cost Extension)

OASIS: FOCUS PF; Older Adults with Schizophrenia Interdisciplinary Studies: Facilitators, Obstacles, and Concerns Underlying Schizophrenia and Physical Function. The specific aims of this study are to describe older adults with schizophrenia perceptions about barriers and facilitators to engage in activities that promote physical activity and to describe the perceptions of clinicians and staff members about barriers and facilitators to engage in activities that promote physical activity among older adults with schizophrenia.         $ 35,000 total

4. Individual Investigator Grant,    Principal Investigator
   Start Up Category

   UCSF Academic Senate                         2010-01-09    2011-01-08 (No Cost Extension)

   The Impact of Neurocognition and Symptomatology on Physical Function among Older Adults with Schizophrenia. Principal Investigator: Heather Leutwyler Wallhagen, M. (Co-Mentor), Vinogradov, S. (Co-mentor). The purpose of this cross sectional pilot study is to examine the relationships between neurocognitive function, schizophrenia symptoms, and mobility in older adults with schizophrenia.     $ 35,000 direct/yr 1

5.                         Principal Investigator

   National Institute on Aging Clinical Research Loan Repayment   2010-08-01    2012-08-01
   Program

   The grant pays back outstanding student loans. In return, I                  $ 70,000 total
   commit to pursuing a career in clinical research for at least
   50% time. (Principal Investigator: Heather Leutwyler)

Prepared: June 25, 2020

| | | | |
|---|---|---|---|
| 6. | Principal Investigator | | |

UCSF Resource Allocation Program

The Impact of Neurocognition and Symptomatology on Physical Function among Older Adults with Schizophrenia. Principal Investigator: Heather Leutwyler Wallhagen, M. (Co-Mentor), Vinogradov, S. (Co-mentor). Award Declined-overlap.

$ 30,000 direct/yr 1

| | | | |
|---|---|---|---|
| 7. | A117088 | Co-PI | |

CTSI-Strategic Opportunity Support

OASIS:MOVE Older Adults with Schizophrenia Interdisciplinary Studies: Moving with Video game based Exercise. The specific aims of this study in a sample of older (55+ years) adults with schizophrenia were to examine the feasibility and acceptability a physical activity program using the Xbox 360+ Kinect video game system, examine the short term adherence to the physical activity program during a 6- week study period, and describe changes in the amount of physical activity and mobility from baseline to intervention completion (week 6).

02/01/2012   06/30/2013
$ 30,000.00   $ 30,000.00
direct/yr 1   total

| | | | |
|---|---|---|---|
| 8. | Principal Investigator | | |

UCSF Clinical and Translational Science Institute Career Development Award (KL2)

2010-07-01   2014-06-30

Factors associated with poor physical function in older adults with schizophrenia (Scholar: Heather Leutwyler; Vinogradov, S. (Primary Mentor), Miller, B. (Co-Mentor)

$ 625,000 total

| | | | |
|---|---|---|---|
| 9. | Co-PI | | |

CTSI-Strategic Opportunity Support

7/1/2013   06/30/2014

Video Games to Promote Physical Activity in Younger Adults with Schizophrenia. The aims of the pilot RCT are to examine the feasibility and acceptance of a videogame based physical activity program in a sample of 50 young to middled aged (18-54) adults with schizophrenia, to examine short-term adherence to the program, and to describe and compare changes in the amount of physical activity from baseline to program completion.

$ 30,000.00   $ 30,000.00
direct/yr 1   total

Prepared: June 25, 2020

10.
UCSF Chancellor's Fund Travel Grant                          05/18/2016   05/19/2016
                                                                          $ 909.14 total

I received a travel grant from the UCSF Chancellor's Fund that supported my travel to the 2016 annual meeting of the American Geriatrics Society where I presented some of my research findings.

11. 1K23AG044438-01A1                  Principal Investigator

National Institute on Aging                                  12/01/2013   11/30/20116
Factors Associated to Poor Mobility in Older Adults with     $            $ 446,581.00
Schizophrenia. The study will be the first to examine the    145,923.00   total
relationships between neurocognition, psychiatric            direct/yr 1
symptomatology, and mobility in a sample of older adults with
schizophrenia and how these relationships change over time.

12.                                    PI

Jane Norbeck Award, UCSF School of Nursing                   07/18/2014   12/31/2016
Association of BDNF to Poor Mobility in Older Adults with    $ 25,372.00  $ 25,372.00
Schizophrenia. The specific aim of this longitudinal study is to  direct/yr 1   total
evaluate the relationship between serum levels of BDNF and
mobility and how this relationship changes over time in older
adults with schizophrenia.

13.                                    PI                                  Leutwyler (PI)

UCSF Claude D. Pepper Center                                 7/1/2016     6/30/2017
A videogame-based physical activity program for older adults  $ 20,000.00  $ 20,000.00
with serious mental illness (SMI).                           direct/yr 1   total

We proposed to conduct a pilot study to examine the effects of a videogame-based group physical activity program on physical activity, mobility, and psychiatric symptoms in a sample of 20 older (55+) adults with SMI.

14.                                                                       Leutwyler (PI)

UCSF Chancellor's Fund Travel Grant                          05/06/2018   05/08/2018

I received a travel award to present at the annual meeting for the American Psychiatric Association.

15.                                    PI                     5 % effort   Leutwyler (PI)

Prepared: June 25, 2020

| UCSF Resource Allocation Program | | 1/1/2017 | 7/31/2018 |
| A Videogame-Based Group Physical Activity Intervention for Older Adults with Schizophrenia | | $ 49,995 direct/yr 1 | $ 49,995 total |

In this study we will evaluate the impact of a physical activity program designed for older adults (n=20) with schizophrenia (>55 years) on three important clinical outcomes (e.g. mobility). The specific aims of this project are to (1Determine whether participants improve their mobility, as measured by the Short Physical Performance Battery (SPPB), from enrollment to program completion (10 weeks); (2) Determine whether participants improve their psychiatric symptoms, as measured by the Positive and Negative Syndrome Scale (PANSS), from enrollment to program completion; and 3)Determine whether participants report greater reduction in disability, measured by the World Health Organization-Disability Assessment Schedule (WHO-DAS) from enrollment to program completion.

PI

| 16. | 1R01AR073001 - 01 | Consultant | 6 % effort | Chren (PI) |
| | NIAMS | | 08/01/2018 | 07/31/2019 |
| | THE E-ITCH VITAL SIGNS: DEVELOPMENT OF A NEW MOBILE OUTCOMES MEASURE FOR CLINICAL TRIALS IN PATIENTS WITH CHRONIC ITCH | | $ 161,299 direct/yr 1 | $ 254,852 total |

The most frequent skin symptom is pruritus, or itch, a disturbing experience that affects 10-20% of persons and is disabling in many. A major challenge for itch research in humans is that itch is difficult to measure. This project will perfect a patient-centered outcome measure of itch to which patients can respond on their mobile phones or the internet, so that researchers and clinicians receive the scores immediately and in ways they can interpret.

I have been involved in the development of the qualitative aspects of the project from its inception, and will provide advice for the qualitative research team. Additionally, I will contribute to the development of abstracts and manuscripts.

## PEER REVIEWED PUBLICATIONS

1. **Leutwyler, H.** and Wallhagen, M. Understanding older adults with schizophrenia: Building and eroding trust. Journal of Gerontological Nursing, 36 (5), 38-45, 2010.

2. **Leutwyler, H.**, Chafetz, L., and Walhagen, M. Older adults with schizophrenia finding a place to belong. Issues in Mental Health Nursing, 31:507-513, 2010.

3. **Leutwyler, H.**, Wallhagen, M., and McKibbin C. The impact of symptomatology on response to a health promoting intervention among older adults with schizophrenia. The Diabetes Educator, 2010, 36 (6), 945-55.

4. **Leutwyler, H.** Hubbard, E., Vinogradov, S., and Dowling, G. Video Games to Promote Physical Activity in Older Adults with Schizophrenia. Games for Health Journal, 2012; 5(1):381-383.

5. **Leutwyler, H**., Hubbard, E., Jeste, D., and Vinogradov, S. "We're not just sitting on the periphery": a staff perspective of physical activity in older adults with schizophrenia.The Gerontologist, 2013, 53(3), 474-483.

6. Dhruva A, Aouizerat BE, Cooper B, Paul SM, Dodd M, West C, Wara W, Lee K, Dunn LB, Langford DJ, Merriman JD, Baggott C, Cataldo J, Ritchie C, Kober K, **Leutwyler** H,

Miaskowski C. Differences in morning and evening fatigue in oncology patients and their
family caregivers. European Journal of Oncology Nursing, 2013, 17(6), 841-848.

7. **Leutwyler HC**, Fox PJ, Wallhagen M. Medication Adherence among Older Adults with
Schizophrenia. Journal of Gerontological Nursing, 2013 Feb; 39(2):26-34. PMID: 23327119

8. **Leutwyler, H.,** Hubbard, E., Slater, M., and Jeste, D. "It's good for me": Physical Activity in
Older Adults with Schizophrenia. Community Mental Health Journal, 2014, 50(1), 75-80.

9. Merriman JD, Aouizerat BE, Cataldo JK, Dunn L, Cooper BA, West C, Paul SM, Baggott
CR, Dhruva A, Kober K, Langford DJ, **Leutwyler** H, Ritchie CS, Abrams G, Dodd M,
Elboim C, Hamolsky D, Melisko M, Miaskowski C. Association between an interleukin 1
receptro, Type I promoter polymorphism and self-reported attentional function in women
with breast cancer. Cytokine, 2014, 65(2), 192-201.

10.    Stephens K, Cooper BA, West C, Paul SM, Baggott CR, Merriman JD, Dhruva A, Kober
KM, Langford DJ, **Leutwyler H,** Luce JA, Schmidt BL, Abrams GM, Elboim C, Hamolsky D,
Levine JD, Miaskowski C, Aouizerat BE. Associations Between Cytokine Gene Variations
and Severe Persistent Breast Pain in Women Following Breast Cancer Surgery. Journal of
Pain, 2014, 15(2), 169-180.

11.    **Leutwyler, H**., Hubbard, E., Jeste, D., Miller, B., and Vinogradov, S. The association of
schizophrenia symptoms and neurocognition on physical activity in older adults with
schizophrenia. Biological Research for Nursing, 2014, 16(1), 23-30.

12.    **Leutwyler, H**., Hubbard, E., Jeste, D., Miller, B., and Vinogradov, S. Association
between schizophrenia symptoms and neurocognition on mobility in older adults with
schizophrenia. Aging and Mental Health, 2014, 18(8), 1006-1012.  PMCID: PMC4177266

13.    Leung, G., Baggott, C., West, C., Elboim, C., Paul, S., Cooper, B., Abrams, G., Dhurva,
A., Schmidt, B., Kober, K., Merriman, J., **Leutwyler, H**., Neuhaus, J., Langford, D. , Smoot,
B., Aouizerat, B., and Miaskowski, C. Cytokine candidate genes predict the development of
secondary lymphedema following breast cancer surgery.Lymphatic Research and Biology,
2014, 12(1), 10-22.

14.    Langford DJ, West C, Elboim C, Cooper BA, Abrams G, Paul SM, Schmidt BL, Levine
JD, Merriman JD, Dhruva A, Neuhaus J, **Leutwyler H,** Baggott C, Sullivan CW, Aouizerat
BE, Miaskowski C. Variations in Potassium Channel Genes Are Associated With Breast
Pain in Women Prior to Breast Cancer Surgery. Journal of Neurogenetics, 2014 [epub
ahead of print].

15.    Miaskowski C, Paul SM, Cooper B, West C, Levine JD, Elboim C, Hamolsky D, Abrams
G, Luce J, Dhruva A, Langford DJ, Merriman JD, Kober K, Baggott C, **Leutwyler H,**
Aouizerat BE. Identification of patient subgroups and risk factors for persistent
arm/shoulder pain following breast cancer surgery. European Journal of Oncology Nursing,
2014, [Epub ahead of print].

16.    **Leutwyler, H.,** Hubbard, E., and Dowling, G.  Adherence to a videogame-based
physical activity program for older adults with schizophrenia. Games for Health, 2014,
2014, 3 (4), 227-233. PMID: 26192371

17.    Dhruva A, Aouizerat BE, Cooper B, Paul SM, Dodd M, West C, Wara W, Lee K, Dunn
LB, Langford DJ, Merriman JD, Baggott C, Cataldo J, Ritchie C, Kober KM, **Leutwyler H**,
Miaskowski C. Cytokine Gene Associations With Self-Report Ratings of Morning and

Prepared: June 25, 2020

Evening Fatigue in Oncology Patients and Their Family Caregivers. Biological Research in Nursing, 2014, [Epub ahead of print].

18.  **Leutwyler, H.**, Hubbard, E., Cooper, B., and Dowling, G. The impact of a videogame-based physical activity program in older adults with schizophrenia on subjectively and objectively measured physical activity. *Frontiers in Psychiatry,* 2015 , DOI: 10.3389/fpsyt.2015.00180**.**

19.  Doong SH, Dhruva A, Dunn LB, West C, Paul SM, Cooper BA, Elboim C, Abrams G, Merriman JD, Langford DJ, **Leutwyler** H, Baggott C, Kober K, Aouizerat BE, Miaskowski C. Associations Between Cytokine Genes and a Symptom Cluster of Pain, Fatigue, Sleep Disturbance, and Depression in Patients Prior to Breast Cancer Surgery. Biol Res Nurs. 2014 Oct 10. pii: 1099800414550394. [Epub ahead of print]

20. Greysen, H., Greysen, R. , Lee, K., Katz, P., and **Leutwyler, H**. "Yoga meets you where you are": A qualitative study exploring yoga practice in adults with rheumatoid arthritis. J Altern Complement Med. 2017 Jun;23(6):487-493. doi: 10.1089/acm.2016.0156.

21.  Shih, J., **Leutwyler, H**., Ritchie, C., Paul, S.,Levine,J., Cooper, B., Wright, F., Conley, F.,  and Miaskowski, C. Characteristics Associated with Inter-Individual Differences in the Trajectories of Self-Reported Attentional Function in Oncology Outpatients Receiving Chemotherapy. Supportive Care in Cancer, 2017 Mar;25(3):783-793. doi: 10.1007/s00520-016-3461-2.

22. Ward-Sullivan, C., Leutwyler, H., Dunn, L., Cooper, B., Paul, S., Conley, Y., Levine, J., and Miaskowski, C. Differences in symptom clusters identified using symptom occurrence rates versus severity ratings in patients with breast cancer undergoing chemotherapy. European Journal of Oncology, 2017 Jun;28:122-132. doi: 10.1016/j.ejon.2017.04.001.

23. **Leutwyler, H**., Hubbard, E., and Zahnd, E. Case Management helps Prevent Criminal Justice Involvement for People with Serious Mental Illness. International Journal of Prison Health, 2017; 13(3-4):168-172.

24.  Leutwyler, H., Hubbard, E., Cooper, B., and Dowling, G. Impact of a pilot videogame-based physical activity program on walking speed in adults with schizophrenia. Community Mental Health Journal,  2017, epub ahead of print.

25. Binford, S., Hubbard, E., Flowers, E., Miller, B., and **Leutwyler, H.** Serum BDNF is associated with negative symptoms in older adults with schizophrenia. Biological Research for Nursing, 2018 Jan;20(1):63-69. doi: 10.1177/1099800417735634.

26. Sullivan CW, Leutwyler H, Dunn LB, Cooper BA, Paul SM, Levine JD, Hammer M, Conley YP, Miaskowski CA. Stability of Symptom Clusters in Patients With Breast Cancer Receiving Chemotherapy. J Pain Symptom Manage. 2018 Jan; 55(1):39-55. PMID: 28838866. PMCID: PMC5734998

27. Ward-Sullivan, C., Leutwyler, H., Dunn, L., and Miaskowski, C. A review of the literature on symptom clusters in studies that included oncology patients receiving primary or adjuvant chemotherapy. Journal of Clinical Nursing, 2018; 27(3-4):516-545.

28. Dobbins, S., Hubbard,E., and **Leutwyler, H**. : "Looking Forward": A qualitative evaluation of a physical activity program for older adults with serious mental illness. International Psychogeriatrics, In Press.

Prepared: June 25, 2020

29. Dobbins, S., Hubbard, E., Flentje, A., Dawson-Rose, C., and **Leutwyler, H.** Play and Social Connection for Older Adults with Serious Mental Illness: Examining a 10-week Exergame Intervention through Grounded Theory Analysis. Aging and Mental Health, In press.

30. Greysen, H., **Leutwyler,** H., Howe-Esquivel, J., OiSaeng, H., Lee, K., and Katz, P. Yoga practice is associated with less symptom severity and better physical function in adults with rheumatoid arthritis. Disability and Health Journal, Under Review.

31.    Hernandez, L., **Leutwyler,** H., Cataldo, J., Kanaya, A., Swislocki, A., and Chesla, K. The Symptom Experience of Older Adults with Type 2 Diabetes and Diabetes-related Distress. Nursing Research, In Press.

32. Hubbard, E. and **Leutwyler,** H. Successful Community Transition from the Criminal Justice System for Older Adults with Schizophrenia. *Advancing Corrections, In press.*

33. Stevens, M., Hubbard, E., and **Leutwyler,** H. Tools you'll have for the rest of your life: a qualitative evaluation of a fitness and vocational training program for substance use recovery. *Substance Use and Misuse, epub ahead of print, https://doi.org/10.1080/10826084.2019.1691599.*

34. Hernandez, L., **Leutwyler,** H., Cataldo, J., Kanaya, A., Swislocki, A., and Chesla, C. The Lived Experience of Older Adults with Type 2 Diabetes and Diabetes-related Distress. Journal of Gerontological Nursing, In Press.

35. Flowers, E., Leutwyler, H., and Shim, J. Direct to Consumer Genomic Testing is Here to Stay: Are Nurses Prepared? Nursing2020, In Press.

## BOOKS AND CHAPTERS

1. Chapter 15. Model Programs and Interventions for Older Adults with Schizophrenia. In Schizophrenia and Psychoses in Later Life: Perspectives on Treatment, Research and Policy. Edited by Dr Carl Cohen, Dr Paul Meesters and Dr Michael Reinhardt. Cambridge University Press, In press

## OTHER PUBLICATIONS

1. **Leutwyler, H.** Invited Commentary on: Soundy, A., Wampers, M., Probst, M., De Hert, M., Stubbs, B, and Vancamfort, D. Physical activity and sedentary behavior in outpatients with schizophrenia: A systematic review and meta-analysis. International Journal of Therapy and Rehabilitation, 2013, 20 (12), 588-596.

2. **Leutwyler, H.**, Hubbard, E., Zahnd, E. Case management helps prevent criminal justice involvement for people with serious mental illness. Policy Brief available at: http://ucjusticehealth.com/policy-briefs/

Prepared: June 25, 2020

## SIGNIFICANT PUBLICATIONS

1. **Leutwyler, H.,**Chafetz, L., and Walhagen, M. Older adults with schizophrenia finding a place to belong. Issues in Mental Health Nursing, 31:507-513, 2010.

   The purpose of this grounded theory study was to gather the perspectives of older adults with schizophrenia about their physical health. In this study, 28 older adults with schizophrenia who lived in a variety of settings were evaluated. Using semi-structured interviews and participant observation techniques, participants described the importance of a sense of belonging for their physical and mental health. A sense of connection with others and a physical place were associated with supporting a sense of belonging. Awareness of the facilitators of and barriers to belonging can help improve the physical health of older adults with schizophrenia. The significance of the paper is that it reports the findings of the first study to gather the perspective of older adults with schizophrenia about their physical health and illustrates the importance of incorporating a sense of belonging in future interventions.

2. **Leutwyler, H**., Hubbard, E., Jeste, D., Miller, B., and Vinogradov, S. The association of schizophrenia symptoms and neurocognition on physical activity in older adults with schizophrenia. Biological Research for Nursing, 2014, 16(1), 23-30.

   In order to better understand the relationships between schizophrenia symptoms as well as neurcognition on physical activity, we conducted a cross-sectional study in 30 older adults with schizophrenia. The participants in our study spent the majority of their time in sedentary activity. We found that greater severity of symptoms, particularly depressive symptoms, were associated with more average daily minutes of sedentary physical activity. We also found that faster speed-of-processing was associated with more average daily steps taken and more average daily minutes of moderate physical activity. Our findings suggest that in order for a physical activity program to be successful, it must include components to enhance cognition and diminish psychiatric symptoms.

3. **Leutwyler, H**., Hubbard, E., Jeste, D., and Vinogradov, S. "We're not just sitting on the periphery": a staff perspective of physical activity in older adults with schizophrenia.The Gerontologist, 2013, 53(3), 474-483.

   Through our work, we realized that older adults with schizophrenia are in need of physical activity promoting interventions. We recognized that in order to create a successful intervention, we would need to consider the perspectives of the staff that care for this population. The purpose of this study was to describe the perceptions of mental health staff about barriers and facilitators to engage in physical activity among older adults with schizophrenia. Twenty-three staff completed the study. Staff expressed interest in promoting physical activity in older adults with schizophrenia yet resources to engage in physical activity are limited. In order for a physical activity program to be successful, staff emphasized the importance of incorporating group physical activity into treatment programs. This study is the first to explore qualitatively the staff perceptions of facilitators that contribute to engage in physical activities in older adults with schizophrenia. The staff perspective is critical to the design and implementation of interventions within the constraints of the mental health system.

Prepared: June 25, 2020

4. Leutwyler, H., Hubbard, E., Cooper, B., and Dowling, G. The impact of a videogame-based physical activity program in older adults with schizophrenia on subjectively and objectively measured physical activity. Frontiers in Psychiatry, 2015 , DOI: 10.3389/fpsyt.2015.00180.

The purposes of this study in a sample (n=34) of older (55+ years) adults with schizophrenia were to examine the feasibility and acceptability a physical activity program using the Xbox 360+ Kinect video game system, examine the short term adherence to the physical activity program during a 6- week study period, and describe changes in the amount of physical activity and mobility from enrollment to intervention completion (week 6). Acceptability results from the study revealed that older adults with schizophrenia rated bowling from the Kinect Sports disc as an enjoyable and fun way to be active. This paper describes the impact of the program on both objectively and subjectively measured levels of physical activity.

5. Dobbins, S., Hubbard,E., and **Leutwyler, H**. : "Looking Forward": A qualitative evaluation of a physical activity program for older adults with serious mental illness. International Psychogeriatrics, In Press.

Participants played an active video game for 50-minute sessions, three times a week for 10 weeks. Qualitative interviews were conducted with 16 participants upon completion of the program. Participants expressed enthusiasm for the physical activity program, indicating it was an activity that they looked forward to doing. The results of the study provide insight into how the program may be implemented into practice at mental health facilities. Three implementation to practice categories were identified: (1) programmatic considerations, such as when to hold the groups and where; (2) the critical importance of staff involvement; and (3) harnessing patients' interest in the program. Our results suggest that engagement in an intense video game-based group physical activity program has a positive impact on participants' overall health. The group atmosphere, staff involvement, availability of the program at a mental health facility, and health benefits were critical.

## CONFERENCE ABSTRACTS

1. Oral Presentation. "Understanding older adults with schizophrenia: Building and eroding trust." Presented at the 62nd annual meeting of the Gerontolgocial Society of America, Atlanta, GA, November 2009.

2. Oral and Poster Presentation, "Older adults with schizophrenia: How do they understand physical health?" Community of Scholars, University of California San Francisco, CA, April, 2008.

3. Poster Presentation. "Older adults with schizophrenia: How do they understand physical health?" First Annual Schizophrenia International Research Society Conference, Venice, Italy, June, 2008.

4. Poster Presentation, "Older adults with schizophrenia: Finding a Place to belong." Community of Scholars, University of California San Francisco, CA, May, 2009.

5. Poster Presentation. "The impact of symptomatology on response to a health promoting intervention among older adults with schizophrenia." Presented at the 162nd annual meeting of the American Psychiatric Association, San Francisco, CA, May, 2009.

Prepared: June 25, 2020

6. Poster Presentation. ""The impact of symptomatology on response to a health promoting intervention among older adults with schizophrenia." To be presented at the 61st annual meeting of the Institute on Psychiatric Services, New York City, NY, October 2009.

7. Poster Presentation. "Care Transitions Among Older Adults with Schizophrenia."Presented at the 63rd annual meeting of the Gerontological Society of America, New Orleans, LA, November 2010.

8. Poster Presentation. "Contributing Factors to Poor Physical Function in Older Adults with Schizophrenia." Presented at the 64th annual meeting of the Gerontological Society of America, Boston, MA, November 2011.

9. Poster Presentation. "The Association between Physical Function, Neurocognition, and Symptoms in Older Adults with Schizophrenia."  Presented at the Translational Science Meeting, Washington DC, April 2012.

10.  "It's good for me": Physical activity in older adults with schizophrenia. Presented at the 65th annual meeting of the Gerontological Society of America, San Diego, CA, November 2012.

11.  Poster Presentation: "A videogame-based physical activity program for older adults with schizophrenia." Presented at the annual meeting for the Western Institute of Nursing Research, Anaheim, CA, April 2013.

12.   Oral Presentation: "Kl2 scholar and mentor experiences". Presented at the annual meeting for the Western Institute of Nursing Research, Anaheim, CA, April 2013.

13.  Poster Presentation: "The association of Neurocognition on Poor Mobility in Older Adults with Schizophrenia." Presented at the 66th annual meeting of the Gerontological Society of America, New Orleans, LA, November 2013.

14.  Poster Presentation: "The association of BMI and poor mobility in older adults with schizophrenia". Presented at the annual meeting of the American Geriatrics Society, Orlando, Florida, May 2014.

15.  Poster presentation. "Videogame-based physical activity in older adults with schizophrenia to improve mobility." Presented at the annual meeting of the Gerontological Society of America, Washington, D.C., November 2014.

16.  Poster Presentation. "Serum BDNF is positively associated with negative symptoms in older adults with schizophrenia." Presented at the annual meeting of the American Association for Geriatric Psychiatry, Washington, D.C., March 2016.

17.  Poster Presentation. "The impact of a videogame-based physical activity program in older adults with schizophrenia on subjectively and objectively measured physical activity." Presented at the annual meeting of the American Association for Geriatric Psychiatry, Washington, D.C., March 2016

18.  Poster Presentation. "Impact of a pilot videogame-based physical activity program on mobility in older adults with schizophrenia." Presented at the annual meeting of the American Geriatrics Society, Long Beach, May 2016.

19.  Oral presentation. "Videogame-Based Physical Activity Improves Walking Speed in Older Adults With Schizophrenia." To be presented at the annual meeting of the Gerontological Society of America, New Orleans, LA, 2016.

Prepared: June 25, 2020

20. Symposium Presentation. "Advances in Late-Life Schizophrenia: A Focus on Functional and Physical Abilities." Presented at the annual meeting of the American Association of Geriatric Psychiatry, Dallas, March 2017.

21.    Symposium Presentation. "Addressing the Emerging Crisis in the Care of Older Adults with Schizophrenia: New Paradigm and Treatment Models." Presented at the Annual Meeting of the American Psychiatric Association, May 2018.

22. Poster Presentation. "The Experiences of Older Adults With Serious Mental Illness in a Group Videogame-Based Phyiscal Activity Program." Presented at the Annual Meeting of the Gerontological Society of America, Boston, MA, 2018.

23. Poster Presentation. "Successful Community Re-Entry for Older Adults With Schizophrenia." Presented at the Annual Meeting of the Gerontological Society of America, Boston, MA, 2018.

24. Poster Presentation. "Aging With Schizophrenia: Racial Disparities in Cognitive Impairment". To be presented at the Annual Meeting of the Gerontological Society of America, Austin, TX, 2019.

**ACADEMIC LEADERSHIP**
Vice-Chair for Academic Programs and Personnel, Department of Physiological Nursing.