# Declaration of Heather C. Leutwyler, PHD

# Exhibit C




# International Journal of Prisoner Health
Case management helps prevent criminal justice recidivism for people with serious mental illness
Heather Leutwyler, Erin Hubbard, Elaine Zahnd,

## Article information:

To cite this document:
Heather Leutwyler, Erin Hubbard, Elaine Zahnd, (2017) "Case management helps prevent criminal justice recidivism for people with serious mental illness", International Journal of Prisoner Health, Vol. 13 Issue: 3/4, pp.168-172, https://doi.org/10.1108/IJPH-06-2016-0021
Permanent link to this document:
https://doi.org/10.1108/IJPH-06-2016-0021

Downloaded on: 15 September 2017, At: 06:35 (PT)
References: this document contains references to 15 other documents.
To copy this document: permissions@emeraldinsight.com
The fulltext of this document has been downloaded 1 times since 2017*

UCSF Library

Access to this document was granted through an Emerald subscription provided by Token:Eprints:CTW6QTXJMV4I7K5DMJAZ:

## For Authors
If you would like to write for this, or any other Emerald publication, then please use our Emerald for Authors service information about how to choose which publication to write for and submission guidelines are available for all. Please visit www.emeraldinsight.com/authors for more information.

## About Emerald www.emeraldinsight.com
Emerald is a global publisher linking research and practice to the benefit of society. The company manages a portfolio of more than 290 journals and over 2,350 books and book series volumes, as well as providing an extensive range of online products and additional customer resources and services.

Emerald is both COUNTER 4 and TRANSFER compliant. The organization is a partner of the Committee on Publication Ethics (COPE) and also works with Portico and the LOCKSS initiative for digital archive preservation.

*Related content and download information correct at time of download.

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

# Case management helps prevent criminal justice recidivism for people with serious mental illness

Heather Leutwyler, Erin Hubbard and Elaine Zahnd

Heather Leutwyler is an Associate Professor and Erin Hubbard is a Research Study Coordinator, both at the Department of Physiological Nursing, University of California, San Francisco, San Francisco, California, USA.
Elaine Zahnd is an Independent Consultant at the Center for Health Policy Research, University of California, Los Angeles, Los Angeles, California, USA.

## Abstract

**Purpose** – The purpose of this paper is to discuss how case management can decrease recidivism for people with serious mental illness (SMI) because people with SMI are at high risk for incarceration and recidivism.

**Design/methodology/approach** – Examples of successful case management models for formerly incarcerated individuals with SMI found through a secondary analysis of qualitative data and an analysis of the literature are presented.

**Findings** – Currently, no international, national, or statewide guidelines exist to ensure that formerly incarcerated individuals with SMI receive case management upon community reentry despite evidence that such services can prevent further criminal justice involvement. Recommendations include establishment of and evaluation of best practices for case management. In addition, the authors recommend additional funding for case management with the goal of greatly increasing the number of individuals with SMI leaving the criminal justice system in their ability to access adequate case management.

**Originality/value** – Providing effective case management tailored to the needs of formerly incarcerated people with SMI improves their quality of life and reduces their involvement in the criminal justice system with clear positive outcomes for public safety and public health.

**Keywords** Criminal justice system, Health policy, Health promotion, Mental health, Forensic psychiatry, Mental illness

**Paper type** Research paper

Received 21 June 2016
Revised 18 November 2016
29 March 2017
Accepted 17 May 2017

No Disclosures to report

Funding source: this work was supported by a grant from the UC Office of the President. The content is solely the responsibility of the authors and does not necessarily represent the opinions or policies of the Office of the President.

## Background

One in seven prisoners in western countries is estimated to have a serious mental illness (SMI) (Fazel and Danesh, 2002). In 2014, 45 percent of state prison inmates in the USA had been treated for SMI, which the Department of Corrections defines as an illness, disease, or condition that substantially impairs the person's thoughts, perception of reality, emotional process or judgment; or which grossly impairs behavior. Researchers estimate a range of 28 to 52 percent of those with SMI in the USA have been arrested at least once (Fontanarosa et al., 2013). In a Bureau of Justice Statistics Special Report, it was determined that 56 percent of state prisoners, 45 percent of federal prisoners, and 63 percent of those in local jails experienced a mental health problem (James and Glaze, 2004). Upon release from jail or prison, all prisoners struggle to meet basic needs that are essential to successful community reentry, such as housing, healthcare, and employment. Among those with SMI, such challenges are often compounded due to their mental health status.

In the community, case managers play a critical role in the care of people with SMI by coordinating mental health services with healthcare, housing, transportation, employment, social relationships, and community participation. These are essential components for successful community reentry and integral in managing mental health symptoms. Case managers are often the first, and sometimes the only, providers to notice when a patient with SMI starts to deteriorate, experiencing

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

worse symptoms and a loss in function. As a result, it is often case managers that intervene to prevent hospitalization and/or events that often lead to further criminal justice involvement. Effective and accessible case management is of importance prior to and during reentry to the community from incarceration for any individual but it is even more critical for individuals with SMI (Kim *et al.*, 2015; Angell *et al.*, 2014). The risk of suicide, re-incarceration, and/or hospitalization is higher for those with SMI re-entering the community from incarceration (Kim *et al.*, 2015). In addition, these prisoners are often released with a very limited supply of medication that can run out before a connection is established to mental health services (Binswanger *et al.*, 2011).

Case management models designed specifically for the needs of individuals with SMI are scarce and few have been rigorously evaluated (Kim *et al.*, 2015). Models such as Forensic Assertive Community Treatment (FACT) show promise in reducing recidivism for individuals with SMI leaving the criminal justice system. The FACT model is an adaption of an existing evidence-based case management approach with a multi-disciplinary team providing comprehensive support to the person with SMI in an individually tailored way. The model is time unlimited thus presupposing the need for ongoing support as well as fluctuations in chronic psychiatric symptoms (Angell *et al.*, 2014). Adaptions to meet the needs of individuals leaving the criminal justice system include a focus on preventing incarceration rather than hospitalization and more direct collaboration with the criminal justice authorities (Angell *et al.*, 2014). Despite a growing evidence base for models like FACT, guidelines and funding for case management for those with SMI is inadequate in the USA and in many nations around the world, leading to high rates of recidivism and avoidable exacerbation of psychiatric symptoms in this medically vulnerable population.

The need for immediate case management is essential given a dearth of planning regarding reentry aimed at soon-to-be released prisoners with SMI. Budget constraints in the USA, which are mirrored internationally, are prompting earlier release of prison inmates (Binswanger *et al.*, 2011). Though federal reform is likely to slow in the USA, the proliferation of reforms aimed at reducing the number of people with SMI incarcerated in state prisons and local jails is expected to continue. Ideally, the early released prisoners with SMI will benefit from the provision of case management upon community reentry.

## Case study

Secondary analysis of an in-depth interview from previously published qualitative work (Leutwyler *et al.*, 2010; Leutwyler and Wallhagen, 2010) provides a description of case management and its perceived benefits from the perspective of a formerly incarcerated individual with SMI in California. California was selected as a case study given the progress in that state aimed at adding case management services for formerly incarcerated with SMI and criminal justice involvement. At the time of the interview, Earl was 61 years old and had been released from prison five months earlier after serving an 18-year sentence. During the interview he described how ultimately his untreated mental illness led him to prison and how effective case management was helping with his transition out of prison and reentry back into the community. Earl described how he felt, living out in the community, with these supports in place:

> Oh, I'm in a beautiful spot […] It (case management program) helps get a little more structure in my life. It helps me cope with staying clean and sober so I'm not medicating myself […]

Earl went on to describe the specific role that his case manager plays in his life:

> We talk once a week about anything I want to talk about. And we meet every Friday at 11:00 […] she tells me what she thinks I should be doing, or I shouldn't be doing. She asks me a lot of questions about how I feel. She's kind of like a psychiatrist. She's more or less interested in my mental, and she worries about my physical condition too, because she makes appointments for me to go to the doctor. Like I have an appointment to go get my Medi-Cal card (Medi-Cal is a state-sponsored health insurance program).

In addition, his experiences show how the case manager plays a critical role in keeping individuals engaged in outpatient mental health treatment programs:

> I missed a few days. She asked why. I said I feel depressed. She says "So when you feel depressed, come here and we'll work through it." I just thank God for (case manager) […]

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

> And she said "When you feel like you hear the voices and get paranoid or something, just come to the center. Come to the center. And socialize with people. Don't worry about it, and if you feel like you're going to act out, just call one of us […]"
>
> I: "And how's that knowing that you have that available?"
>
> E: "It makes me – it makes me feel comfortable […]. And by me feeling comfortable, my mental condition is better. But when I feel like I'm out here all alone, I ain't got nobody to talk to about something, I want to alienate myself more and just get more depressed. But I don't do that."

Earl ended the interview with an insight that can be a guide for our care of people with SMI as they leave criminal justice settings:

> Every time I go out there, I see somebody talking to themselves. Why he's a nut. You know, no, he's not a nut. The man just got nobody to talk to […]. He needs to get it out, because I did that once – he needs – they need to reach out to someone that's going to be understanding, that's going to make them feel real comfortable and cared for, I mean, there's an opening to make a better person out of that person.

### Evidence-based policies and programs

Earl's personal perspective on the benefits of case management for individuals with SMI leaving incarcerated facilities is an insightful qualitative piece of evidence that case management is effective. Additional evidence of successful programs internationally were found through a review of relevant research and policy based literature. For example, in California, county governments are largely responsible for funding and providing for the majority of mental health programs. Proposition 63 (the Mental Health Services Act), passed in November 2004, imposed a 1 percent tax on personal income in excess of one million dollars in order to expand mental health services for children and adults with SMI. Under Proposition 63, about 1.8 billion dollars are annually allocated to county and state mental health programs. In Los Angeles, Proposition 63 programs provide an array of services that included, in 2014, case management to 150,000 people. People in LA's case management program had a 50 percent reduction in their number of days spent in jail (Scheffler et al., 2010). In California, analysis of Proposition 63 suggests that it has helped lower recidivism rates among Californians with mental health problems (Scheffler et al., 2010).

With support from the federal Patient Protection and Affordable Care Act in 2012, Medicaid (known as Medi-Cal in California) eligibility in California was expanded to include many individuals with SMI in the criminal justice system. This new policy has increased engagement in mental health treatment for some individuals with SMI, the type of treatment in which case managers often play a key role. A recent review of multiple studies shows that such increased mental health treatment for the formerly incarcerated with SMI decreases recidivism (Olver et al., 2011).

One successful case management model for individuals with SMI is the Thresholds Justice Program, a post-release program implemented in two Illinois' state prisons and the Cook County jail. The Thresholds model combines supportive housing (including rent subsidies and mental health treatment services) and case management to coordinate treatment, housing, and employment support (Thresholds, 2017). Over ten years of implementation, the model has shown an 89 percent reduction in arrests and an 86 percent reduction in jail time among people with SMI, as well as a drop in psychiatric hospitalizations (Liebowitz et al., 2014).

Given what is already known about the capacity for case management to reduce recidivism among those with SMI, a global opportunity exists whereby money currently slated for prison and jail construction could be redistributed to establish international uniformity for transitional case management specific to the needs of former inmates with SMI. For example, in 2016, 2.2 billion dollars of California state money were slated for county jail construction (Respaut, 2016). Case management is one way to engage individuals with SMI leaving the criminal justice system in mental health treatment while also addressing their multitude of other reentry needs. Variations of case management models show promise in addressing the needs of individuals with SMI in Canada and Australia suggesting that effective case management approaches are applicable in a variety of international contexts (Kinner et al., 2016; Simpson et al., 2013). The time is ideal to consider investing in humane recidivism-reducing case management models rather than in added prison capacity.

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

## Recommendations

We recommend expanding the knowledge base to better understand the impact of and best practices within case management approaches for individuals with SMI, especially those with criminal justice involvement. In addition, given the immediate need for case management models tailored to the needs of individuals with SMI, we further recommend expanding funding for case management as a recidivism reduction program that could potentially replace punitive interventions among this population, such as additional prison beds or electronic monitoring. We also recommend setting international guidelines for ensuring that formerly incarcerated people with SMI receive the case management needed for community reentry. Finally, we recommend specialized training and education, leadership development, and accreditation focused on this topic at the state, national and international levels to increase professionalization of the case management workforce.

## Conclusions

Timing is optimal to make significant changes in the lives of people with SMI and criminal justice involvement at great benefit to public safety and public health. Through establishment of and evaluation of best practices within case management models for individuals with SMI, expanding funding for implementing and evaluating case management models, establishing community reentry case management guidelines, and expanding professionalization of the case management workforce, nations around the world are well-positioned to interrupt the problematic and costly cycle of repeat incarceration among individuals with SMI.

## References

Angell, B., Matthews, E., Barrenger, S., Watson, A.C. and Draine, J. (2014), "Engagement processes in model programs for community reentry from prison for people with serious mental illness", *International Journal of Law and Psychiatry*, Vol. 37 No. 5, pp. 490-500.

Binswanger, I.A., Nowels, C., Corsi, K.F., Long, J., Booth, R.E., Kutner, J. and Steiner, J.F. (2011), "'From the prison door right to the sidewalk, everything went downhill', a qualitative study of the health experiences of recently released inmates", *International Journal of Law and Psychiatry*, Vol. 34 No. 4, pp. 249-55.

Fazel, S. and Danesh, J. (2002), "Serious mental disorder in 23000 prisoners: a systematic review of 62 surveys", *Lancet (London, England)*, Vol. 359 No. 9306, pp. 545-50.

Fontanarosa, J., Uhl, J., Oyesanmi, O. and Schoelles, K. (2013), "Interventions for adult offenders with serious mental illness", Agency for Healthcare Research and Quality, Comparative Effectiveness Reviews, Rockville, MD.

James, D.J. and Glaze, L.E. (2004), *Mental Health Problems of Prison and Jail Inmates.*, Department of Justice, Office of Justice Programs, Bureau of Justice, Washington, DC.

Kim, K., Becker-Cohen, M. and Serakos, M. (2015), *The Processing and Treatment of Mentally Ill Persons in the Criminal Justice System*, Urban Institute, Washington, DC.

Kinner, S.A., Alati, R., Longo, M., Spittal, M.J., Boyle, F.M., Williams, G.M. and Lennox, N.G. (2016), "Low-intensity case management increases contact with primary care in recently released prisoners: a single-blinded, multisite, randomised controlled trial", *Journal of Epidemiology and Community Health*, Vol. 70 No. 7, pp. 683-8.

Leutwyler, H.C. and Wallhagen, M.I. (2010), "Understanding older adults with schizophrenia: building and eroding trust", *Journal of Gerontological Nursing*, Vol. 36 No. 5, pp. 38-45.

Leutwyler, H.C., Chafetz, L. and Wallhagen, M. (2010), "Older adults with schizophrenia finding a place to belong", *Issues in Mental Health Nursing*, Vol. 31 No. 8, pp. 507-13.

Liebowitz, S., Eliasberg, P., Burnim, I. and Read, E. (2014), "A way forward: diverting people with mental illness from inhumane and expensive jails into community-based treatment that works", available at: www.aclusocal.org/wp-content/uploads/2014/07/JAILS-REPORT.pdf (accessed February 26, 2016).

Olver, M.E., Stockdale, K.C. and Wormith, J.S. (2011), "A meta-analysis of predictors of offender treatment attrition and its relationship to recidivism", *Journal of Consulting and Clinical Psychology*, Vol. 79 No. 1, pp. 6-21.

Respaut, R. (2016), "California prison reforms have reduced inmate numbers, not costs", Reuters, San Francisco, CA, available at: www.reuters.com/article/us-california-prison-budget-insight-idUSKBN0UK0J520160106 (accessed February 26, 2016).

Scheffler, R., Felton, M., Brown, T., Chung, J. and Sun-Soon, C. (2010), *Evidence on the Effectiveness of Full Service Partnership Programs in California's Public Mental Health System*, Nicole C. Petris Center, University of California, Berkeley.

Simpson, A.I., McMaster, J.J. and Cohen, S.N. (2013), "Challenges for Canada in meeting the needs of persons with serious mental illness in prison", *The Journal of the American Academy of Psychiatry and the Law*, Vol. 41 No. 4, pp. 501-9.

Thresholds (2017), Justice Program, available at: www.thresholds.org/our-work/programs/justice-program/ (accessed March 29, 2017).

## Corresponding author

Heather Leutwyler can be contacted at: heather.leutwyler@ucsf.edu

Downloaded by UCSF LIBRARY At 06:35 15 September 2017 (PT)

For instructions on how to order reprints of this article, please visit our website:
www.emeraldgrouppublishing.com/licensing/reprints.htm
Or contact us for further details: **permissions@emeraldinsight.com**