UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 20-1559 JGB (SHKx)** | Date | January 12, 2021 |
| Title | *Richard Hart et al. v. Stephanie Clendenin et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Anne Hadreas | Lisa Anne Tillman |
| Addison Thompson | Andrew Edelstein |
| | Kevin Quade |

**Proceedings:**     **TELEPHONIC HEARING** ON
(1) EX PARTE APPLICATION FOR A TEMPORATRY RESTRAINING ORDER [30]

(2) EX PARTE APPLICATION TO CERTIFY A CLASS [31]

(3) DEFENDANTS' MOTION TO STAY THE ACTION [29]

    A telephonic hearing convened.  The Court and counsel confer.  The Court orders Defendant to file by January 13, 2021, a declaration with the information requested by the Court.  Plaintiff may respond no later than January 14, 2021.  Thereafter, Court will inform the parties. if a further hearing is necessary.

IT IS SO ORDERED.