XAVIER BECERRA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
LISA A. TILLMAN
Deputy Attorney General
State Bar No. 126424
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7910
  Fax:  (916) 324-5567
  E-mail:  Lisa.Tillman@doj.ca.gov
*Attorneys for Defendants Stephanie Clendenin and Janine Wallace, sued in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD HART, ERVIN LONGSTREET, ALDO HERNANDEZ, CHARLES GLUCK, AND GRAHAM WALDROP, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE CLENDENIN, Director of California Department of State Hospitals, in her official capacity; JANINE WALLACE, Executive Director of Patton State Hospital, in her official capacity,**<br><br>Defendants. | 5:20-cv-01559 JGB (KKx)<br><br>**DEFENDANTS' RESPONSE TO COURT'S QUESTIONS RE DSH-PATTON'S INOCULATION OF STAFF AND PATIENTS WITH COVID-19 VACCINE**<br><br>Courtroom: One (Riverside)<br>Judge:         Hon. Jesus G. Bernal<br>Trial Date:  None Assigned<br>Action Filed:  August 5, 2020 |

## INTRODUCTION

Defendants Clendenin and Wallace respectfully submit this response to the Court's questions concerning the status of the Department of State Hospitals, Patton's (DSH-Patton) inoculation of patients and staff with the COVID-19 vaccine

1

as well as the availability of the COVID-19 vaccine for the inoculation of such persons.

## PROCEDURAL BACKGROUND

At the January 12, 2021 hearing in this matter, this Court directed Defendants to file a statement providing the following information:

    a.    the number of DSH-Patton patients who have been inoculated with the COVID-19 vaccine to date.

    b.    the number of DSH-Patton staff who have been inoculated with the COVID-19 vaccine to date.

    c.    the timeline for all DSH-Patton patients and staff to be inoculated with the COVID-19 vaccine;

    d.    the amount of COVID-19 vaccine reserved for any particular DSH-Patton patient groups and the availability of the COVID-19 vaccine for the inoculation of all DSH-Patton patients and staff;

    e.    the number of patients currently infected with COVID-19 and the number of patients who have expired from COVID-19.

## RESPONSE TO COURT'S QUESTIONS

**A.  The Number of DSH-Patton Patients Inoculated to Date.**

As of close of business on January 12, 2021, 77 of the 129 patients in the tier one category were inoculated with the COVID-19 vaccine. (Decl. Wallace, ¶ 14b.) As of the same date, three additional patients (one from tier two, one from tier three and one from tier four), were inoculated, for a total of 80 patients.[1] (*Id.*)

//
//
//

---

[1] At the January 12, 2021 hearing, Defendants' counsel inadvertently erred in indicating that 40% of the Tier one *and* Tier two patients were inoculated.

### B. The Number of DSH-Patton Staff Inoculated to Date.

As of January 12, 2021, 1,100 or 44% of DSH- Patton's 2,516 staff members were inoculated with the COVID-19 vaccination, upon their consent. (Decl. Wallace, ¶¶ 6, 7.)

### C. The Timeline for Inoculation of DSH-Patton Staff and Patients

#### 1. DSH-Patton's Staff

The COVID-19 vaccination of DSH-Patton's 'front-line' health care employees - those employees whose primary duties involve or are anticipated to involve direct patient care - began on December 29, 2020. (Decl. Wallace, ¶ 6.) COVID-19 vaccinations continue to be offered to all of DSH-Patton's staff. (*Id*., ¶¶ 6a, 6b, 7, 8.) Defendant Wallace has informed DSH-Patton staff on multiple occasions of the availability of the COVID-19 vaccine. (*Id*., ¶¶ 5 & 6; Exhs. 40-45.) A vaccination clinic is held every business day, with the clinic opening at 7:00 a.m. on certain days to accommodate staff whose shifts end at 6:30 a.m. (*Id*. ¶ 8)

#### 2. DSH-Patton's Patients

DSH-Patton began providing patients in the tier one category with the COVID-19 vaccine on January 6, 2020. (Decl. Wallace, ¶ 13.) DSH-Patton will begin patient-wide administration of the COVID-19 vaccine on January 14, 2021. (*Id*., ¶¶ 16-18; Exh. 46.) DSH-Patton's patient-wide administration of the COVID-19 vaccine will occur on a program-by-program basis. (*Id*., ¶ 17.) DSH-Patton consists of four programs, with each program containing eight residential treatment units. (*Id*.) Each residential treatment unit houses approximately 50 patients. (*Id*.) Patient-wide administration of the COVID-19 vaccine will occur on a one program per day basis, starting on Thursday, January 14, 2021 and continuing on Friday, January 15, 2021; Tuesday, January 19, 2021; and Wednesday, January 20, 2021. (*Id*., ¶ 18.) Hence, all patients currently residing with DSH-Patton will be either vaccinated, or offered vaccination, by January 20, 2021.

After January 20, 2021, DSH-Patton will continue to offer the COVID-19 vaccine to patients, including:

 a. those patients who were previously disqualified by their primary care provider or who previously declined to consent;

 b. those patients who were "out to court" (in county jail for a court appearance) at the time of this patient-wide administration;

 c. those patients in acute care at a non-DSH facility who did not receive the COVID-19 vaccination while in such care (there are currently five DSH-Patton patients in acute care).

(Decl. Wallace, ¶ 19.)

### D. The Amount and Availability of COVID-19 Doses.

DSH-Patton has received a sufficient number of the initial COVID-19 vaccine to inoculate all patients who would like to receive the vaccine, including those patients in the tier four category, and the anticipated number of staff requesting the vaccine. (Decl. Wallace, ¶ 21.) As of December 29, 2020, DSH-Patton received 975 initial doses of the Pfizer vaccine and 900 initial doses of the Moderna vaccine, for a total of 1,875 doses. (*Id*., ¶ 20.) On January 12, 2021, DSH-Patton receive 600 initial doses of the Moderna vaccine. (*Id*.) To date, DSH-Patton has received 2,475 initial doses of the COVID-19 vaccine. (*Id*.)

On January 11, 2021, DSH-Patton received 900 second doses of the Moderna vaccine. (Decl. Wallace, ¶ 22.) DSH-Patton is scheduled to receive 975 second doses of the Pfizer vaccine on January 14, 2021. (*Id*.)

DSH-Patton has not held any COVID-19 vaccine doses in reserve for any specific patient or staff category. (Decl. Wallace, ¶ 23.) If additional initial or second doses of the COVID-19 vaccine are needed, DSH-Patton will work with DSH headquarters staff to determine if additional doses can be relocated from another DSH facility or obtained with CDPH assistance. (*Id*. at ¶ 24.)

### E. The Number of Patients Currently Infected with or Who Have Expired from COVID-19 Infection or Death.

As of January 12, 2020, 66 patients at DSH-Patton have been newly diagnosed with COVID-19 in the last fourteen days. (Exh. 47, DSH Tracking Chart.) Since May 30, 2020, 15 DSH-Patton patients have died from COVID-19 infection. (*Id.*)

### CONCLUSION

Defendants respectfully submit this statement, with the supporting declaration of Janine Wallace and exhibits, for this Court's consideration.

Dated: January 13, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General
*Attorneys for Defendants Stephanie Clendenin and Janine Wallace, sued in their official capacities*

SA2020302738